ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

JAN 1 2 2006

at 10 o'clock and 15 min A M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 02-00225DAE-01 |
| ) | |
| Plaintiff, ) | |
| ) | FILED IN THE |
| vs. ) | UNITED STATES DISTRICT COURT |
| ) | DISTRICT OF HAWAII |
| ANDY YIP, ) | |
| ) | NOV 2 5 2005 |
| Defendant. ) | at 12 o'clock and 25 min P M |
| ) | SUE BEITIA, CLERK |

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court in the above-entitled case, Passport Number 120607906 issued at Honolulu, Hawaii, on October 5, 1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on November 25, 2005 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

    Date of Birth:    1948

    Place of Birth:    Hong Kong

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 1/12/06            Signature: _____
                                                             Owner of Passport

CR 02-00225DAE-01
USA vs. Andy Yip
"Notice and Receipt of Passport"
*page 2*

Dated at Honolulu, Hawaii on November 25, 2005.

SUE BEITIA, Clerk

By: _____/s/ Anradena/_____
Deputy Clerk

---

This will acknowledge receipt of Passport Number _____ previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____    Signature: _____
                                                  Owner of Passport