

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00225DAE-01 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | FILED IN THE |
| vs. | ) | UNITED STATES DISTRICT COURT |
| | ) | DISTRICT OF HAWAII |
| ANDY YIP, | ) | JAN 3 0 2006 |
| | ) | at ___ o'clock and ___ min. ___ M |
| Defendant(s). | ) | SUE BEITIA, CLERK |
| | ) | |

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra Chief United States District Judge in the above-entitled case, Passport Number 120607906 issued at Honolulu, on October 5, 1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on January 30, 2006 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:     August 8, 1948

Place of Birth:    Hong Kong

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____     Signature: _____
                                                    Owner of Passport

CR 02-00225DAE-01
USA VS. Andy Yip
" Notice and Receipt of Passport "
Page 2

Dated at Honolulu, Hawaii on January 30, 2006.

                                                  SUE BEITIA, Clerk

                              By: _____
                                            Deputy Clerk

---

This will acknowledge receipt of Passport Number  previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____   Signature: _____
                                                                           Owner of Passport