EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.  #3740
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225 DAE |
| | ) | |
| Plaintiff, | ) | ORDER SETTING DEPOSITIONS, |
| | ) | CONTINUING THE TRIAL DATE |
| vs. | ) | AND EXCLUDING TIME |
| | ) | |
| ANDY S.S. YIP,       (01) | ) | |
| BRENDA M. O. CHUNG, (02) | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

ORDER SETTING DEPOSITIONS,
CONTINUING THE TRIAL DATE AND EXCLUDING TIME

The United States having moved for the taking of oral depositions in Australia and the defense having no objection and the government having presented ample cause for those depositions in their moving papers;

IT IS ORDERED that depositions of SHIRLEY MEI CHU CHUNG CHEUNG, aka Mei Chu Chung, HAU WAH BOAZ, aka Ivy Boaz nee Lam, and GREG BOAZ, shall be taken in Australia during the week of March 21, 2006.

IT IS FURTHER ORDERED that in view of the need for foreign depositions and to allow counsel adequate time to prepare for trial, the trial date presently set for October 18, 2005 is vacated and the trial is set for June 20, 2006, at 9:00 a.m., before the Honorable David Alan Ezra, United States District Court Judge, with a further pretrial conference for May 23, 2006, at 10:00 a.m., before the Honorable Kevin S.C. Chang, United States Magistrate Judge. The defendant's motions are due May 9, 2006, the government's response is due May 23, 2006.

IT IS FURTHER ORDERED that all time from March 22, 2005 to October 18, 2005, is deemed excludable.

The Court finds that the ends of justice outweigh the best interest of the public and the Defendants in a speedy trial because the continuance allows counsel for the Defendants and the government reasonable time necessary for effective preparation, taking into account the exercise of due diligence in accordance with 18 U.S.C. § 3161(h)(8)(B) and more

particularly time necessary to conduct depositions pursuant to Rule 15 of the Rules of Criminal Procedure.

    IT IS SO ORDERED.



                      /s/ Barry M. Kurren
                      United States Magistrate Judge
                      Dated:  March 9, 2006

<u>United States v. Andy S.S. Yip, et al.</u>
Cr. No. 02-00225 DAE
"Order Setting Depositions, Continuing the Trial Date and Excluding Time"