

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2006

at 2 o'clock and 55 min. P.M
SUE BEITIA, CLERK

HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 700 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877

LODGED

MAR 10 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorney for Defendant
ANDY S.S. YIP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR02-00225 (01) DAE |
| Plaintiff, | STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT ANDY S.S. YIP (03/16/06 - 04/01/06) |
| vs. | |
| ANDY S.S. YIP, (01) | TRIAL: 06/20/06 |
| Defendant. | JUDGE: THE HONORABLE DAVID A. EZRA |

STIPULATION AND ORDER ALLOWING TRAVEL
BY DEFENDANT ANDY S.S. YIP (03/16/06 - 04/01/06)

IT IS HEREBY STIPULATED, by and between Plaintiff United States of America and Defendant ANDY S.S. YIP, through his undersigned counsel, and approved by this Court, that Defendant ANDY S.S. YIP shall be permitted to travel outside the District of Hawaii to Alice Springs, Perth & Sydney, Australia from March 16, 2006 through

April 1, 2006.  The purpose of this travel is to attend depositions ordered by this Court and scheduled in the above-entitled case.

IT IS FURTHER STIPULATED, AGREED AND APPROVED by this Court that Defendant ANDY S.S. YIP's passport previously deposited with the Clerk of Court be released to Defendant YIP on March 15, 2006 for his use on the trip and that he redeposit the passport with the Clerk of Court on April 3, 2006.

DATED:  Honolulu, Hawaii, March 9, 2006

_____
HOWARD T. CHANG
Attorney for Defendant
ANDY S.S. YIP

_____
EDWARD H KUBO, JR., ESQ.
United States Attorney
LESLIE E. OSBORNE
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

**NO OBJECTION**

_____
JULIE WALL
U.S. Pretrial Services Officer
United States Pretrial
Services Office

APPROVED AND SO ORDERED:

_____
United States District Judge

---

UNITED STATES OF AMERICA, v. ANDY S.S. YIP, CR. NO. CR02-00225(01) DAE, STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT ANDY S.S. YIP (03/16/06 - 04/01/06)