IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR 02-00225 DAE 01 |
|---|---|---|
| Plaintiff(s), | ) | |
| vs. | ) | |
| (01) ANDY YIP, | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 8 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_ M
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District Judge in the above-entitled case, Passport Number 120607906 issued at HONOLULU, on October 5, 1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on March 28, 2006 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:    1948
Place of Birth:   HONG KONG SAR

Dated at Honolulu, Hawaii on March 28, 2006.

SUE BEITIA, Clerk

By:_____
    Deputy Clerk

---

This will acknowledge receipt of Passport Number  previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____     Signature: _____
                                                Owner of Passport