ORIGINAL

HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 700 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877

Attorney for Defendant
ANDY S.S. YIP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANDY S.S. YIP,    (01) <br><br> Defendant. | CR. NO. CR02-00225 (01) DAE <br><br> STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT ANDY S.S. YIP (05/11/06 - 05/24/06) <br><br> TRIAL:  06/20/06 <br> JUDGE:  THE HONORABLE <br>         DAVID A. EZRA |

STIPULATION AND ORDER ALLOWING TRAVEL
BY DEFENDANT ANDY S.S. YIP (05/11/06 - 05/24/06)

IT IS HEREBY STIPULATED, by and between Plaintiff United States of America and Defendant ANDY S.S. YIP, through his undersigned counsel, and approved by this Court, that Defendant ANDY S.S. YIP shall be permitted to travel outside the District of Hawaii to Toronto, Canada and Philadelphia, Pennsylvania from May 11, 2006 through

May 24, 2006. The purpose of this travel is to conduct meeting and negotiations with various jewelry suppliers for the purchase and sale of international jewelry.

IT IS FURTHER STIPULATED, AGREED AND APPROVED by this Court that Defendant ANDY S.S. YIP's passport previously deposited with the Clerk of Court be released to Defendant YIP on May 10, 2006 for his use on the trip and that he redeposit the passport with the Clerk of Court on May 25, 2006.

DATED: Honolulu, Hawaii, 4/14/06.

_____
HOWARD T. CHANG
Attorney for Defendant
ANDY S.S. YIP

_____
EDWARD H KUBO, JR., ESQ.
United States Attorney
LESLIE E. OSBORNE
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

**NO OBJECTION**

_____
JULIE WALL
U.S. Pretrial Services Officer
United States Pretrial Services Office

APPROVED AND SO ORDERED:

_____
United States ~~District~~ Judge

---

UNITED STATES OF AMERICA, v. ANDY S.S. YIP, CR. NO. CR02-00225(01) DAE, STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT ANDY S.S. YIP (05/11/06 - 05/24/06)