# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/9/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR NO. 02-00225DAE

CASE NAME: United States of America Vs. (01) Andy S. S. Yip and (02) Brenda M. O. Chung

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: David Alan Ezra    REPORTER:

DATE: 5/9/2006    TIME:

COURT ACTION: EO: A Stipulation to Continue Trial, Final PreTrial Conference Dates and Motions Deadline will be submitted for Judge Ezra's Signature.

Jury Selection/Jury Trial-November 28, 2006 @9:00 a.m. before Judge Ezra.

Final PreTrial Conference-October 30, 2006 @l0:00 a.m. before Judge Kobayashi.

Defendants' Motions are to be filed by September 01, 2006.

Government response to be filed by September 15, 2006.

Time excluded from June 20, 2006 through November 28, 2006.

Submitted by Leslie L. Sai, Courtroom Manager