IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>(01) ANDY YIP, )<br>)<br>Defendant(s). )<br>) | CR 02-00225 DAE 01 |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2006

at 11 o'clock and 10 min. ___M
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District Judge in the above-entitled case, Passport Number 120607906 issued at HONOLULU, on October 5, 1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on March 28, 2006 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

    Date of Birth:    1948
    Place of Birth:    HONG KONG SAR

Dated at Honolulu, Hawaii on March 28, 2006.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 10 2006

SUE BEITIA, Clerk

at 10 o'clock and 42 min. A M
SUE BEITIA, CLERK

By: _____
      Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 5/10/06          Signature: _____
                                                           Owner of Passport