ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 24 2006

at ___ o'clock and 30 min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00225 DAE-01 |
| Plaintiff(s), | ) | |
| vs. | ) | |
| ANDY S. S. YIP, | ) | |
| Defendant(s). | ) | |

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Leslie E. Kobayashi United States Magistrate Judge in the above-entitled case, Passport Number 120607906 issued at HONOLULU, HI, on OCTOBER 5, 1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on May 24, 2006 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:     1948

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____          Signature: _____
                                                        Owner of Passport

Place of Birth:   HONG KONG

Dated at Honolulu, Hawaii on May 24, 2006.

SUE BEITIA, Clerk

By: _____
   Deputy Clerk

---

This will acknowledge receipt of Passport Number _____ previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____     Signature: _____
                                                Owner of Passport