ORIGINAL

HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 700 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877

Attorney for Defendant
ANDY S.S. YIP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 4 2006

LODGED at 2 o'clock and ___ M
SUE BEITIA, CLERK

AUG 0 2 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>ANDY S.S. YIP,       (01)<br><br>         Defendant. | CR. NO. CR02-00225 (01) DAE<br><br>STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT ANDY S.S. YIP<br>(08/31/06 - 09/16/06)<br>(Passport-08/10/06-09/19/06)<br><br>TRIAL:  11/28/06<br>JUDGE:  THE HONORABLE<br>        DAVID A. EZRA |

STIPULATION AND ORDER ALLOWING
TRAVEL BY DEFENDANT ANDY S.S. YIP
(08/31/06 - 09/16/06) (Passport-08/10/06-09/19/06)

    IT IS HEREBY STIPULATED, by and between Plaintiff United States of America and Defendant ANDY S.S. YIP, through his undersigned counsel, and approved by this Court, that Defendant ANDY S.S. YIP shall be permitted to travel outside the District of Hawaii to Shanghai, China,

Milan & Vincenza, Italy and Las Vegas, Nevada from August 31, 2006 through September 16, 2006. The purpose of this travel is to conduct meetings and negotiations with various jewelry suppliers for the purchase and sale of international jewelry.

IT IS FURTHER STIPULATED, AGREED AND APPROVED by this Court that Defendant ANDY S.S. YIP's passport previously deposited with the Clerk of Court be released to Defendant YIP on August 10, for his use in obtaining a visa for travel to Shanghai, China and for his use on the trip and that he redeposit the passport with the Clerk of Court on September 19, 2006.

DATED: Honolulu, Hawaii, 7/31/06.

_____    _____
HOWARD T. CHANG                   EDWARD H KUBO, JR., ESQ.
Attorney for Defendant            United States Attorney
ANDY S.S. YIP                     LESLIE E. OSBORNE
                                  Assistant United States
                                  Attorney
                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

NO OBJECTION

_____
JULIE WALL
U.S. Pretrial Services Officer
United States Pretrial
Services Office

APPROVED AND SO ORDERED:

_____
United States District Judge

---

UNITED STATES OF AMERICA, v. ANDY S.S. YIP, CR. NO. CR02-00225(01) DAE, STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT ANDY S.S. YIP (08/31/06 – 09/16/06) (Passport-08/10/06-09/19/06)