ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

MAY 2 4 2006

FOR THE DISTRICT OF HAWAII

at _____ o'clock and ___ min ___ M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00225 DAE-01 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDY S. S. YIP , | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Leslie E. Kobayashi United States

Magistrate Judge in the above-entitled case, Passport Number 120607906 issued

at HONOLULU, HI, on OCTOBER 5, 1998 to the above-named defendant, was

surrendered to the custody of the Clerk of court on May 24, 2006 and the

defendant is not to apply for the issuance of a passport during the pendency of

this action.  The subject passport bears the following additional information

regarding the bearer:

Date of Birth:      1948

This will acknowledge receipt of Passport Number  previously surrendered to the Court
pursuant to a prior Order of Court.

Date: 8/10/06

Signature: _____

Owner of Passport

Place of Birth:    HONG KONG

Dated at Honolulu, Hawaii on May 24, 2006.

SUE BEITIA, Clerk

By:_____
        Deputy Clerk

This will acknowledge receipt of Passport Number  previously surrendered to the Court pursuant to a prior Order of Court.

Date: ____8/10/06____          Signature: _____
                                                        Owner of Passport