ORIGINAL

HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 700 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877

Attorney for Defendant
ANDY S.S. YIP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 1 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>ANDY S.S. YIP,    (01)<br>BRENDA M.O. CHUNG  (02)<br><br>        Defendants. | CR. NO. CR02-00225 DAE<br><br>DEFENDANT ANDY S.S. YIP'S MOTION TO COMPEL ELECTION BETWEEN MULTIPLICITIOUS TAX COUNTS (COUNTS 7 AND 8 OF SECOND SUPERSEDING INDICTMENT); MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBIT A<br><br>TRIAL DATE:  11/28/2006<br>JUDGE:       HON. DAVID A. EZRA |

DEFENDANT ANDY S.S. YIP'S MOTION TO COMPEL
ELECTION BETWEEN MULTIPLICITIOUS TAX COUNTS
(COUNTS 7 AND 8 OF SECOND SUPERSEDING INDICTMENT)

Defendant Andy S.S. Yip, by and through his undersigned attorney hereby moves this Court for an Order compelling the United States Attorney to elect between Counts 7 and 8 of the Second Superseding Indictment, both of which charge Defendant with having willfully subscribed to his false 1998 income return in violation of 26 U.S.C. 7206(1).  This Motion is brought pursuant to Rules 12(b)(2) and 12(b)(3)(1) of the Federal Rules of Criminal

(CERTIFICATE OF SERVICE ATTACHED)

Procedure, L.R. 7.1, <u>Local Rules of the United States District Court of Hawaii</u>, and is based upon the attached Memorandum In Support of Motion to Compel Election Between Multiplicitous Tax Counts, the records and files herein and on such further grounds which may be offered at the hearing on this Motion.

DATED: Honolulu, Hawaii, _____SEP - 1 2006_____.

_____
HOWARD T. CHANG
Attorney for Defendant
ANDY S.S. YIP