IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00225 DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDY S.S. YIP,        (01) | ) | |
| BRENDA M.O. CHUNG     (02) | ) | |
| | ) | |
| Defendants. | ) | |

DECLARATION OF COUNSEL

I, HOWARD T. CHANG, hereby declare under penalty of perjury that the following information is true and correct to the best of my knowledge:

1. I am an attorney with the law firm of Howard T. Chang, Attorney at Law, A Law Corporation, the counsel of record for Defendant Andy S.S. Yip in the above-mentioned case, and am duly authorized to make this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of the Second Superseding Indictment filed in this case on December 3, 2003.

DATED: Honolulu, Hawaii,  SEP - 1 2006                      .

_____
HOWARD T. CHANG