EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.  #3740
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: les.osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225DAE-01 |
| | ) | |
| Plaintiff, | ) | UNITED STATES' REPLY TO |
| | ) | DEFENDANT ANDY S.S. YIP'S |
| vs. | ) | MOTION TO COMPEL ELECTION |
| | ) | BETWEEN MULTIPLICITIOUS TAX |
| ANDY S.S. YIP, | ) | COUNTS (COUNTS 7 AND 8 OF |
| | ) | SECOND SUPERSEDING |
| Defendant. | ) | INDICTMENT); CERTIFICATE |
| | ) | OF SERVICE |
| | ) | |
| | ) | Trial Date: 11/28/06 |
| _____ | ) | Judge: Hon. David A. Ezra |

UNITED STATES' REPLY TO DEFENDANT
ANDY S.S. YIP'S MOTION TO COMPEL ELECTION
BETWEEN MULTIPLICITIOUS TAX COUNTS (COUNTS 7
AND 8 OF SECOND SUPERSEDING INDICTMENT)

    The United States of America, by and through these

pleadings, elects to submit Count 7 of the Second Superseding

Indictment to the jury and proceed to trial offering evidence on

// //

// //

that count as charged in the Indictment.  This election is made pursuant to Rules 12(b)(2) and 12(b)(3)(1) of the Federal Rules of Criminal Procedure.

DATED:  Honolulu, Hawaii, September 12, 2006.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Leslie E. Osborne, Jr.
    LESLIE E. OSBORNE, JR.
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address on September 13, 2006:

**Served by First Class Mail:**

Howard T. Chang, Esq.
Pauahi Tower, Suite 700
1001 Bishop Street
Honolulu, HI 96813

Attorney for Defendant
ANDY S.S. YIP


DATED:  Honolulu, Hawaii, September 13, 2006.

/s/ Gloria Parker
Gloria Parker