COPY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

MARK E. RECKTENWALD
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

LODGED
DEC 3 0 2002
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 3 1 2002

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER DENYING DEFENDANT |
| | ) | ANDY S.S. YIP'S MOTION FOR |
| ANDY S.S. YIP, | ) | BILL OF PARTICULARS |
| | ) | |
| Defendant. | ) | |

ORDER DENYING DEFENDANT ANDY S.S. YIP'S
MOTION FOR BILL OF PARTICULARS

Defendant Andy S.S. Yip's motion for bill of particulars came on for hearing on December 13, 2002. Assistant United States Attorney Mark E. Recktenwald appeared for the United States, and Howard Chang, Esq., appeared on behalf of the defendant. The Court, having reviewed the pleadings, and having further heard the arguments of counsel, finds as follows:

EXHIBIT 1

The indictment, sworn declarations, pleadings, discovery and other materials in this case adequately appraise the defendant of the charge against him and enable him to prepare a defense. Accordingly, IT IS HEREBY ORDERED that the motion for bill of particulars is denied.

DATED: December 31, 2002, Honolulu, Hawaii.

**KEVIN S.C. CHANG**
KEVIN S.C. CHANG
United States Magistrate Judge

United States v. Andy S.S. Yip,
CR. No. 01-00225 DAE

Order Denying Defendant Andy S.S. Yip's
Motion For Bill of Particulars

2