ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00225 DAE 01 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDY S.S. YIP, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 18 2006

at 11 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Barry M. Kurren United States Magistrate Judge in the above-entitled case, Passport Number 120607906 issued at Honolulu, HI , on October 5, 1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on September 18, 2006 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

    Date of Birth:    1948

---

This will acknowledge receipt of Passport Number  previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____    Signature: _____
                                                                                              Owner of Passport

Place of Birth:   Hong Kong

Dated at Honolulu, Hawaii on September 18, 2006.

SUE BEITIA, Clerk

By: _____
    Deputy Clerk

---

This will acknowledge receipt of Passport Number   previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____   Signature: _____
                                                  Owner of Passport