# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 02-00225DAE

CASE NAME:          USA v. (01) Andy S.S. Yip

ATTYS FOR PLA:      Leslie E. Osborne, Jr.

ATTYS FOR DEFT:     (01) Howard Chang, (02) Howard Luke

INTERPRETER:

| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
|---|---|---|---|
| DATE: | 09/21/2006 | TIME: | 11:14 - 11:18 |

COURT ACTION:  EP:  [138] Defendant (01) Andy S.S. Yip's Motion to Compel Election Between Multiplicitious Tax Counts (Counts 7 and 8 of the Second Superseding Indictment) - motion withdrawn per Howard Chang.  (1 min.)

[139] Defendant (01) Andy S.S. Yip's Motion for Bill of Particulars - DENIED.  Osborne to prepare order. (3 min.)

Defendant (01) Andy S.S. Yip's presence waived.
Defendant (02) Brenda Chung present on bail.

Submitted by Richlyn W. Young, courtroom manager