HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 700 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877

Attorney for Defendant
ANDY S.S. YIP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | CR. NO. CR02-00225 (01) DAE |
| )                                  | |
| )                                  | STIPULATION AND ORDER |
| Plaintiff,    )                    | ALLOWING TRAVEL BY DEFENDANT |
| )                                  | ANDY S.S. YIP |
| vs.           )                    | (10/16/06 - 10/26/06) |
| )                                  | (Passport-10/13/06-10/27/06) |
| ANDY S.S. YIP,      (01) )         | |
| )                                  | TRIAL:  11/28/06 |
| Defendant.    )                    | JUDGE:  THE HONORABLE |
| )                                  |         DAVID A. EZRA |

STIPULATION AND ORDER ALLOWING
TRAVEL BY DEFENDANT ANDY S.S. YIP
(10/16/06 - 10/26/06) (Passport-10/13/06-10/27/06)

IT IS HEREBY STIPULATED, by and between Plaintiff United States of America and Defendant ANDY S.S. YIP, through his undersigned counsel, and approved by this Court, that Defendant ANDY S.S. YIP shall be permitted to travel outside the District of Hawaii to Hong Kong, China

and Japan from October 16, 2006 through October 26, 2006. The purpose of this travel is to conduct meetings and negotiations with various jewelry suppliers for the purchase and sale of international jewelry.

IT IS FURTHER STIPULATED, AGREED AND APPROVED by this Court that Defendant ANDY S.S. YIP's passport previously deposited with the Clerk of Court be released to Defendant YIP on October 13, for his use on the trip and that he redeposit the passport with the Clerk of Court on October 27, 2006.

DATED: Honolulu, Hawaii, _____SEP 19 2006_____.

_____   _____
HOWARD T. CHANG           EDWARD H KUBO, JR., ESQ.
Attorney for Defendant    United States Attorney
ANDY S.S. YIP             LESLIE E. OSBORNE
                          Assistant United States
                          Attorney
                          Attorneys for Plaintiff
                          UNITED STATES OF AMERICA

**NO OBJECTION**

_____
JULIE WALL
U.S. Pretrial Services Officer
United States Pretrial
Services Office

**APPROVED AND SO ORDERED:**

_____
~~United States District Judge~~

BARRY M. KURREN
United States Magistrate Judge

_____
UNITED STATES OF AMERICA, v. ANDY S.S. YIP, CR. NO. CR02-00225(01) DAE, STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT ANDY S.S. YIP (10/16/06 - 10/26/06) (Passport-10/13/06-10/27/06)