ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR 02-00225 (1) DAE |
|---|---|---|
| Plaintiff(s), | ) | |
| vs. | ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| ANDY S.S. YIP (01), | ) | OCT 27 2006 |
| Defendant(s). | ) | at 10 o'clock and 30 min. ___M SUE BEITIA, CLERK |

NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District Judge in the above-entitled case, Passport Number 120607906 issued at Honolulu Passport Agency, on October 5, 1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on October 27, 2006 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth: August 8, 1948

Place of Birth: Hong Kong SAR

Dated at Honolulu, Hawaii on October 27, 2006.

SUE BEITIA, Clerk

By:_____
Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____    Signature: _____
                                              Owner of Passport