```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawai`i

LESLIE E. OSBORNE, JR.  #3740
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawai`i  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: les.osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225DAE-01 |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANT |
| | ) | ANDY S.S. YIP'S MOTION FOR |
| vs. | ) | BILL OF PARTICULARS IN |
| | ) | REGARD TO THE SECOND |
| ANDY S.S. YIP, | ) | SUPERSEDING INDICTMENT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING DEFENDANT ANDY S.S. YIP'S
MOTION FOR BILL OF PARTICULARS IN REGARD
<u>TO THE SECOND SUPERSEDING INDICTMENT</u>

Defendant Andy S.S. Yip's Motion for Bill of Particulars in regard to the Second Superseding Indictment came on for hearing on September 21, 2006.  Assistant United States Attorney Leslie E. Osborne, Jr. appeared for the United States, and Howard Chang, Esq. appeared on behalf of the Defendant.  The Court, having reviewed the pleadings, and having further heard the arguments of counsel, finds as follows:

The indictment, sworn declarations, pleadings, discovery and other materials in this case adequately appraise the Defendant of the charge against him and enable him to prepare a defense.  Accordingly, IT IS HEREBY ORDERED that the motion for bill of particulars is denied.

DATED: Honolulu, Hawai`i, October 30, 2006.



   /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

United States v. Andy S.S. Yip, et al.
Cr. No. 02-00225DAE
"Order Denying Defendant Andy S.S. Yip's Motion for Bill of Particulars in Regard to the Second Superseding Indictment"