EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.  #3740
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: les.osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225DAE-01 |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDY S.S. YIP, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that the ORDER DENYING DEFENDANT ANDY S.S. YIP'S MOTION FOR BILL OF PARTICULARS IN REGARD TO THE SECOND SUPERSEDING INDICTMENT was submitted to United States Magistrate Judge Leslie E. Kobayashi for signature and was served on the

// //

// //

// //

// //

following counsel on October 31, 2006:

    **Served by E-mail:**

    Howard K.K. Luke    howardkkluke@hawaii.rr.com

    **Served by First Class Mail:**

    Howard T. Chang, Esq.
    Pauahi Tower, Suite 700
    1001 Bishop Street
    Honolulu, HI 96813

    DATED:  Honolulu, Hawaii, October 31, 2006.

                             /s/ Gloria Parker
                             Gloria Parker