EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: les.osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225DAE-01 |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDY S.S. YIP, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that the ORDER DENYING DEFENDANT ANDY S.S. YIP'S MOTION FOR BILL OF PARTICULARS IN REGARD TO THE SECOND SUPERSEDING INDICTMENT was signed and filed on October 31, 2006, and was served on the following counsel on November 2, 2006:

// //

// //

// //

// //

**Served Electronically through CM/ECF:**

Howard K.K. Luke     howardkkluke@hawaii.rr.com

**Served by First Class Mail:**

Howard T. Chang, Esq.
Pauahi Tower, Suite 700
1001 Bishop Street
Honolulu, HI 96813

DATED:  Honolulu, Hawaii, November 2, 2006.

/s/ Gloria Parker
Gloria Parker