# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/17/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR 02-00225DAE

CASE NAME:    USA v. Yip, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    David Alan Ezra            REPORTER:

DATE:    11/17/2006                TIME:

---

COURT ACTION:  EO: Jury Selection/Trial to Follow  continued from 11/28/2006 09:00:00 AM to 02/21/2007 09:00:00 AM before DAE

Final Pretrial Conference continued from 10/30/2006 10:00:00 AM to 01/23/2007 10:00:00 AM,  Judge presiding changed from LEK to KSC,  from COURTROOM 7 to COURTROOM 5 before KSC

Time to be excluded from 11/28/2006 to 2/20/2007.

Stip to be prepared by Mr. Osborne.

Submitted by: Theresa Lam, Courtroom Manager