

ORIGINAL

HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 700 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877

LODGED
DEC 12 2006
8:50 AM
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 1 5 2006
at 10 o'clock and 10 min. AM
SUE BEITIA, CLERK

Attorney for Defendant
ANDY S.S. YIP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANDY S.S. YIP, (01) )<br>)<br>Defendant. )<br>) | CR. NO. CR02-00225 (01) DAE<br><br>STIPULATION AND ORDER ALLOWING<br>TRAVEL BY DEFENDANT ANDY S.S. YIP<br>(01/14/07 - 01/28/07)<br>(Passport-01/12/07-01/29/07)<br><br>TRIAL:   02/21/07<br>JUDGE:   THE HONORABLE<br>         DAVID A. EZRA |

STIPULATION AND ORDER ALLOWING
TRAVEL BY DEFENDANT ANDY S.S. YIP
(01/14/07 - 01/28/07) (Passport-01/12/07-01/29/07)

IT IS HEREBY STIPULATED, by and between Plaintiff United States of America and Defendant ANDY S.S. YIP, through his undersigned counsel, and approved by this Court, that Defendant ANDY S.S. YIP shall be permitted to travel outside the District of Hawaii to Milan and Vincenza in Italy, Prague, the Czech Republic and Tokyo, Japan from January 14, 2007 through January 28, 2007. The purpose of this travel is to conduct meetings and negotiations with various jewelry suppliers for the purchase and sale of international jewelry.

IT IS FURTHER STIPULATED, AGREED AND APPROVED by this Court that Defendant ANDY S.S. YIP's passport previously deposited with the Clerk of Court be released to Defendant YIP on January 12, 2007 for his use on the trip and that he redeposit the passport with the Clerk of Court on January 29, 2007.

DATED: Honolulu, Hawaii, DEC - 4 2006 .

_____
HOWARD T. CHANG
Attorney for Defendant
ANDY S.S. YIP

_____
EDWARD H KUBO, JR., ESQ.
United States Attorney
LESLIE E. OSBORNE
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

**NO OBJECTION**

_____
JULIE WALL
U.S. Pretrial Services Officer
United States Pretrial Services Office

**APPROVED AND SO ORDERED:**

_____
United States District Judge

_____
UNITED STATES OF AMERICA v. ANDY S.S. YIP, CR. NO. CR02-00225 (01) DAE, STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT ANDY S.S. YIP (01/14/07 - 01/28/07) (Passport-01/12/07-01/29/07)