IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 1 2 2007
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>)<br>Plaintiff(s),    )<br>)<br>vs.    )<br>)<br>ANDY S.S. YIP (01),    )<br>)<br>Defendant(s).    )<br>) | CR 02-00225 (1) DAE<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>OCT 2 7 2006<br>at __ o'clock and __ min. __ M<br>SUE BEITIA, CLERK |

NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District Judge in the above-entitled case, Passport Number 120607906 issued at Honolulu Passport Agency, on October 5, 1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on October 27, 2006 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth: August 8, 1948

Place of Birth: Hong Kong SAR

Dated at Honolulu, Hawaii on October 27, 2006.

SUE BEITIA, Clerk

By: _____
Deputy Clerk

---

This will acknowledge receipt of Passport Number    previously surrendered to the Court pursuant to a prior Order of Court.

Date: 1/12/07                    Signature: _____
                                              Owner of Passport