# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/29/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00225DAE |
| CASE NAME: | USA v. (01) Andy S.S. Yip and (02) Brenda M.O. Chung |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. |
| ATTYS FOR DEFT: | (01) Hoard T. Chang, (02) Howard K.K. Luke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 01/29/2007 | TIME: | 10:09 - 10:15 |

COURT ACTION: Final Pretrial Conference as to (01) Andy S.S. Yip and (02) Brenda M.O. Chung - defts' presence waived. Court to prepare order.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge David Alan Ezra on February 21, 2007 at 9:00 a.m.

Representations by counsel on trial time:
The United States: 7 days.
Defendant (01) Andy S.S. Yip: 2 days.
Defendant (02) Brenda M.O. Chung: 2 days.

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants.

1. Fed. R. Evid. 404(b) : NA
2. a. Motions in Limine filed and served by: February 7, 2007.
   b. Memoranda in opposition to motions in limine filed and served by: February 12, 2007.
3. Brady and Giglio Material by: completed.
4. a. Jury Instructions exchanged by February 7, 2007.
   d. Filings required by 4(b) & (c) by: February 14, 2007.
5. Witness Lists per stipulation by February 14, 2007.
6. Exhibits
   a. Parties will exchange exhibits.

       b.    Original exhibits tabbed and in binders, copy in binders.
7. <u>Stipulations</u>: In writing and filed by February 12, 2007.
8. <u>Voir Dire Questions</u>: In writing by February 12, 2007.
9. <u>Trial Briefs</u>: by February 12, 2007.
10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>:
12. N/A

cc: Tammy Kimura
Submitted by Richlyn W. Young, courtroom manager


CR 02-00225DAE
;
USA v. (01) Andy S.S. Yip and (02) Brenda M.O. Chung;
Final Pretrial Conference Minutes
01/29/2007