ORIGINAL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00225 (1) DAE |
| Plaintiff(s), | ) | |
| vs. | ) | |
| Andy S.S. Yip (01), | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 29 2007
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District Judge in the above-entitled case, Passport Number 120607906 issued at Honolulu Passport Agency, on October 5, 1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on January 29, 2007 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:    1948

Place of Birth:    Hong Kong SAR

Dated at Honolulu, Hawaii on January 29, 2007.

SUE BEITIA, Clerk

By:_____
Deputy Clerk

---

This will acknowledge receipt of Passport Number  previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____    Signature: _____
Owner of Passport