IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00225 (1) DAE |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | FILED IN THE |
| vs. | ) | UNITED STATES DISTRICT COURT |
| | ) | DISTRICT OF HAWAII |
| Andy S.S. Yip (01), | ) | JAN 2 9 2007 |
| | ) | at __ o'clock and __ min. __ M |
| Defendant(s). | ) | SUE BEITIA, CLERK |
| | ) | |

### NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District Judge in the above-entitled case, Passport Number 120607906 issued at Honolulu Passport Agency, on October 5, 1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on January 29, 2007 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:   1948

Place of Birth:   Hong Kong SAR

Dated at Honolulu, Hawaii on January 29, 2007.

SUE BEITIA, Clerk

By:_____
        Deputy Clerk

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB - 2 2007

at 11 o'clock and 30 min. A M
SUE BEITIA, CLERK

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 2/2/07                    Signature: _____
                                              Owner of Passport