# HOWARD T. CHANG

Attorney at Law                                                                                      A Law Corporation

RECEIVED
UNITED STATES
ATTORNEY

January 22, 2007

'07 JAN 23 A10 :45

Leslie E. Osborne, Jr., Esq.
Asst U.S. Atty
#6100 PJKK Federal Bldg
300 Ala Moana Blvd, #50183
Honolulu, Hawaii  96850

DISTRICT OF
HAWAII

Re:  United States v. Andy S.S. Yip
     Cr. No. 02-00225 (01) DAE

Dear Les:

This is in response to your December 20 letter inquiring about whether I will be a witness for Mr. Yip at the trial of this matter to rebut Ms. Huang's grand jury statement. The answer is simply no and confirms my previous oral statement.

Thank you for your cooperation in this matter.

Very truly yours,

*[signature]*

HOWARD T. CHANG

HTC:bns
a yip 2\no witness.wpd

PAUAHI TOWER • SUITE 700 • 1001 BISHOP STREET • HONOLULU, HI 96813 • PH (808) 533-2877 • FAX (808) 531-4747

EXHIBIT 2