## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

Howard K.K. Luke, Esq.   howardkkluke@hawaii.rr.com
    Attorney for Defendant
    BRENDA M. O. CHUNG

**Served by First Class Mail:**

Howard T. Chang, Esq.
Pauahi Tower, Suite 700
1001 Bishop Street
Honolulu, HI 96813
    Attorney for Defendant
    ANDY S.S. YIP

DATED:  Honolulu, Hawaii, February 9, 2007.

*Gloria Parker*
Gloria Parker