IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-225 DAE |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| ANDY S. S. YIP, BRENDA M. O. CHUNG, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

### ORDER GRANTING DEFENDANT BRENDA CHUNG'S MOTION TO SHORTEN TIME TO HEAR CHUNG'S MOTION TO SEVER

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing.  After reviewing Defendant Brenda Chung's Ex Parte Motion to Shorten Time to Hear Defendant Brenda M.O. Chung's Motion to Sever ("Motion"), this Court GRANTS Defendant Chung's Motion, which is set to be heard on February 12, 2007 at 11:15 a.m.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 12, 2007.



_____
David Alan Ezra
United States District Judge