# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/12/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00225DAE |
| CASE NAME: | USA v. (01)Andy S.S. Yip |
| | (02)Brenda M.O. Chung |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. |
| ATTYS FOR DEFT: | (01)Howard Chang |
| | (02)Howard K.K. Luke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Lisa Groulx |
| DATE: | 2/12/2007 | TIME: | 11:15am-11:55am |

COURT ACTION:  EP:  Status Conference.  [173] MOTION to Sever Defendant Brenda M. O. Chung (02).

Defendant (01)Andy S.S. Yip present, not in custody.

Defendant (02)Brenda M.O. Chung present, not in custody.

Status Conference held.

Oral arguments heard.

[173] MOTION to Sever Defendant Brenda M. O. Chung (02)-DENIED.

Trial date to be continued from 2/21/2007 to 3/6/2007.  The Court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial.  The Court order that the period from 2/21/2007 to and including 3/5/2007 be excluded from computation under the Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Mr. Osborne to prepare order

Submitted by:  Theresa Lam, Courtroom Manager