

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00225-01 DAE |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDY S.S. YIP, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 2 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District Judge in the above-entitled case,

Passport Number 120607906 issued at HONOLULU PASSPORT AGENCY, on OCTOBER 05, 1998 to the

above-named defendant, was surrendered to the custody of the Clerk of court on February 12, 2007 and the

defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport

bears the following additional information regarding the bearer:

Date of Birth:

Place of Birth:    HONG KONG SAR

Dated at Honolulu, Hawaii on February 12, 2007.

SUE BEITIA, Clerk

By: _____

Deputy Clerk

---

This will acknowledge receipt of Passport Number  previously surrendered to the Court
pursuant to a prior Order of Court.

Date: _____    Signature: _____

Owner of Passport