```
EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDY S.S. YIP,      (01) | ) | |
| BRENDA M. O. CHUNG, (02) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

      I hereby certify that the ORDER DENYING DEFENDANT BRENDA M. O. CHUNG'S SEVERANCE MOTION, CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT was signed and filed on February 22, 2007, and was served on the following counsel on February 22, 2007:

    **Served Electronically through CM/ECF:**

    Howard K.K. Luke, Esq.   howardkkluke@hawaii.rr.com
        Attorney for Defendant
        BRENDA M. O. CHUNG

    **Served by First Class Mail:**

        Howard T. Chang, Esq.

```
Pauahi Tower, Suite 700
1001 Bishop Street
Honolulu, HI 96813
     Attorney for Defendant
     ANDY S.S. YIP
```

DATED:  Honolulu, Hawaii, February 22, 2007.

/s/ Gloria Parker
Gloria Parker