# MINUTES

|  |  |
|---|---|
|  | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
|  | 02/28/2007  4:30 pm |
|  | SUE BEITIA, CLERK |

CASE NUMBER:      CR 02-00225DAE

CASE NAME:        USA v. (01)Andy S.S. Yip
                  (02)Brenda Chung

ATTYS FOR PLA:    Leslie E. Osborne, Jr,

ATTYS FOR DEFT:   (01)Howard T. Chang
                  (02)Howard Luke

INTERPRETER:

---

JUDGE:    David Alan Ezra          REPORTER:   Cynthia Fazio

DATE:     02/28/2007               TIME:       9:45am-10:45am

---

COURT ACTION:  EP: [186] United States' Motion to Disqualify Howard Chang as the Attorney for the Defendant Andy S.S. Yip.

Defendant (01)Andy S.S. Yip present, not in custody.

Defendant (02)Brenda Chung present, not in custody.

Oral arguments heard.

[186] United States' Motion to Disqualify Howard Chang as the Attorney for the Defendant Andy S.S. Yip- TAKEN UNDER ADVISEMENT.

Trial date CONTINUED to 8/14/2007.

The Court finds that the ends of justice served by such an action outweigh the best interest of the public and the defendant in a speedy trial.  The Court order that the period from 3/6/2007 to and including 8/13/2007 be excluded from computation under the Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Mr. Osborne to prepare order.

Submitted by: Theresa Lam, Courtroom Manager