HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 700 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-

Attorney for Defendant
ANDY S.S. YIP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00225 (01) DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER ALLOWING |
| | ) | TRAVEL BY DEFENDANT ANDY S.S. YIP |
| vs. | ) | (04/03/07 - 04/15/07) |
| | ) | (Passport-03/30/07-04/17/07) |
| ANDY S.S. YIP,       (01) | ) | |
| | ) | TRIAL:     08/16/07 |
| Defendant. | ) | JUDGE:     THE HONORABLE |
| | ) |            DAVID A. EZRA |

STIPULATION AND ORDER ALLOWING
TRAVEL BY DEFENDANT ANDY S.S. YIP
(04/03/07 - 04/15/07) (Passport-03/30/07-04/17/07)

IT IS HEREBY STIPULATED, by and between Plaintiff United States of America and Defendant ANDY S.S. YIP, through his undersigned counsel, and approved by this Court, that Defendant ANDY S.S. YIP shall be permitted to travel outside the District of Hawaii to Sydney, Perth, Brisbane and Melbourne, Australia from April 3, 2007 through April 15, 2007. The purpose of this travel is to conduct meetings and negotiations with various jewelry suppliers for the purchase and sale of international jewelry and to conduct other business.

IT IS FURTHER STIPULATED, AGREED AND APPROVED by this Court that Defendant ANDY S.S. YIP's passport previously deposited

with the Clerk of Court be released to Defendant YIP on March 30, 2007 for his use on the trip and that he redeposit the passport with the Clerk of Court on April 17, 2007.

DATED:  Honolulu, Hawaii, _____MAR 16 2007_____.

_____  
HOWARD T. CHANG  
Attorney for Defendant  
ANDY S.S. YIP

_____  
EDWARD H KUBO, JR., ESQ.  
United States Attorney  
LESLIE E. OSBORNE  
Assistant United States Attorney  
Attorneys for Plaintiff  
UNITED STATES OF AMERICA

**NO OBJECTION**

_____  
JULIE WALL  
U.S. Pretrial Services Officer  
United States Pretrial Services Office

**APPROVED AND SO ORDERED:**

_____  MAR 2 9 2007  
United States District Judge

---

UNITED STATES OF AMERICA v. ANDY S.S. YIP, CR. NO. CR02-00225 (01) DAE, STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT ANDY S.S. YIP (04/03/07 - 04/15/07) (Passport-03/30/07-04/17/07)