IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00225-01 DAE |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDY S.S. YIP, | ) | |
| | ) | |
| Defendant(s). | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 1 2 2007
at 11 o'clock and 00 min. ＿M
SUE BEITIA, CLERK

### NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District Judge in the above-entitled case, Passport Number 120607906 issued at HONOLULU PASSPORT AGENCY, on OCTOBER 05, 1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on February 12, 2007 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:

Place of Birth:   HONG KONG SAR

Dated at Honolulu, Hawaii on February 12, 2007.

SUE BEITIA, Clerk

By: _____
Deputy Clerk

---

This will acknowledge receipt of Passport Number  previously surrendered to the Court pursuant to a prior Order of Court.

Date: 4/3/07            Signature: _____
                                    Owner of Passport