

ORIG...

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00225-01 DAE |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | FILED IN THE |
| vs. | ) | UNITED STATES DISTRICT COURT |
| | ) | DISTRICT OF HAWAII |
| Andy S.S. Yip, | ) | APR 17 2007 |
| | ) | at 12 o'clock and 30 min. ___M |
| Defendant(s). | ) | SUE BEITIA, CLERK |
| _____ | ) | |

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District Judge in the above-entitled case, Passport Number 120607906 issued at Honolulu Passport Agency, on October 5, 1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on April 17, 2007 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

    Date of Birth:    1948

    Place of Birth:    Hong Kong SAR

    Dated at Honolulu, Hawaii on April 17, 2007.

                                            SUE BEITIA, Clerk

                                            By:_____
                                                          Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____        Signature: _____
                                                            Owner of Passport