# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/2/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:         CR 02-00225DAE

CASE NAME:           USA v. (01)Andy S.S. Yip
                     (02)Brenda M.O. Chung

ATTYS FOR PLA:       Leslie Osborne

ATTYS FOR DEFT:      Howard Chang
                     Howard Luke

INTERPRETER:

JUDGE:   David Alan Ezra           REPORTER:   Cynthia Fazio

DATE:    5/2/2007                  TIME:       9:45am-10:00am

COURT ACTION:  EP:  Supplemental hearing on [186]United States' Motion to Disqualify Howard Chang as the Attorney for the Defendant Andy S.S. Yip.

Oral arguments heard.

Supplemental hearing on [186]United States' Motion to Disqualify Howard Chang as the Attorney for the Defendant Andy S.S. Yip-DENIED without prejudice.

Court to issue order.

Submitted by:  Theresa Lam, Courtroom Manager