TL(DRW)

HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 700 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877

Attorney for Defendant
ANDY S.S. YIP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 11 2007

at 4 o'clock and 20 min. PM
SUE BEITIA, CLERK

LODGED

MAY 07 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR02-00225 (01) DAE |
| Plaintiff, | STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT ANDY S.S. YIP |
| vs. | (06/13/07 - 06/22/07) (Passport-06/11/07-06/26/07) |
| ANDY S.S. YIP, (01) | TRIAL: 08/16/07 |
| Defendant. | JUDGE: THE HONORABLE ~~DAVID A. EZRA~~ Barry M Kurren |

STIPULATION AND ORDER ALLOWING
TRAVEL BY DEFENDANT ANDY S.S. YIP
(06/13/07 - 06/22/07) (Passport-06/11/07-06/26/07)

IT IS HEREBY STIPULATED, by and between Plaintiff United States of America and Defendant ANDY S.S. YIP, through his undersigned counsel, and approved by this Court, that Defendant ANDY S.S. YIP shall be permitted to travel outside the District of Hawaii to Montreal and Toronto, Canada from June 13, 2007 through June 22, 2007. The purpose of this travel is to conduct meetings and negotiations with various jewelry suppliers for the purchase and sale of international jewelry and to conduct other business.

IT IS FURTHER STIPULATED, AGREED AND APPROVED by this Court that Defendant ANDY S.S. YIP's passport previously deposited with the Clerk of Court be released to Defendant YIP on June 11,

2007 for his use on the trip and that he redeposit the passport with the Clerk of Court on June 26, 2007.

DATED:  Honolulu, Hawaii, _____5/4/07_____.

_____     _____
HOWARD T. CHANG                EDWARD H KUBO, JR., ESQ.
Attorney for Defendant         United States Attorney
ANDY S.S. YIP                  LESLIE E. OSBORNE
                               Assistant United States Attorney
                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

**NO OBJECTION**

_____
JULIE WALL
U.S. Pretrial Services Officer
United States Pretrial Services
Office

APPROVED AND SO ORDERED:

_____
United States ~~District~~ Judge

_____
UNITED STATES OF AMERICA v. ANDY S.S. YIP, CR. NO. CR02-00225 (01) DAE, STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT ANDY S.S. YIP (06/13/07 - 06/22/07) (Passport-06/11/07-06/26/07)