ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 2 2007

at 11 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00225-01 DAE |
| Plaintiff(s), | ) | |
| vs. | ) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| Andy S.S. Yip, | ) | APR 1 7 2007 |
| Defendant(s). | ) | at 12 o'clock and ___ min. ___ M SUE BEITIA, CLERK |

NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District Judge in the above-entitled case, Passport Number 120607906 issued at Honolulu Passport Agency, on October 5, 1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on April 17, 2007 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:    1948

Place of Birth:    Hong Kong SAR

Dated at Honolulu, Hawaii on April 17, 2007.

SUE BEITIA, Clerk

By: _____
Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: 6/12/07        Signature: _____
                                      Owner of Passport