ORIGINAL

cc: USA USPO
USM PTS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 9 2007

at \_\_11\_\_ o'clock and \_\_09\_\_min \_\_A\_\_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 02-00225(01)DAE |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Andy S.S. Yip, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

## NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by David Alan Ezra United States District Judge in the above-entitled case, Passport Number 120607906 issued at Honolulu, on October 5, 1998 to the above-named defendant, was surrendered to the custody of the Clerk of court on June 19, 2007 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:   08-08-1948

Place of Birth:  Hong Kong SAR

Dated at Honolulu, Hawaii on June 19, 2007.

SUE BEITIA, Clerk

By: _____
           Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: _____        Signature: _____
                                                  Owner of Passport