# MINUTES

CASE NUMBER:     CR02-00225DAE

CASE NAME:     USA v. (01) Andy S.S. Yip
                        (02) Brenda M.O. Chung

ATTYS FOR PLA:     Leslie Osborne

ATTYS FOR DEFT:     (01) Howard Chang
                          (02) Howard Luke

INTERPRETER:

JUDGE:   Kevin S. C. Chang     REPORTER:   FTR C5

DATE:   7/17/2007     TIME:   10:18-10:27:24am

COURT ACTION:   EP: Final Pretrial Conference - presence waived as to defendants 01 and 02.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge David Alan Ezra on **August 15, 2007 (Wednesday)** at 9:00.a.m.

Representations by counsel on trial time:
The United States: 8 days.  Cantonese interpreter needed and possible Mandarin interpreter needed.

Defendant: (01) Yip - 2 days.  No interpreter needed.
Defendant: (02) Chung - 2 - 4 days including cross-examination.  No interpreter needed.

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants:

1. Fed. R. Evid. 404(b) : July 18, 2007 (none per the government)
2. a.   Motions in Limine filed and served by :July 25, 2007.
   b.   Memoranda in opposition to motions in limine filed and served by: July 30, 2007.
3. Brady and Giglio Material by: July 25, 2007
4. a.   Jury Instructions exchanged by July 25, 2007.
   d.   Filings required by 4(b) & (c) by: August 1, 2007.
5. Witness Lists per stipulation by August 7, 2007.
6. Exhibits

      a.      Parties will exchange exhibits.
      b.      Original exhibits tabbed and in folders/binders, copy in folders/binders.

7. <u>Stipulations</u>: In writing and filed by August 1, 2007.
8. <u>Voir Dire Questions</u>: In writing by August 1, 2007.
9. <u>Trial Briefs</u>: by August 1, 2007.
10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>:   None.
12. N/A

Submitted by: Shari Afuso, Courtroom Manager

CR02-00225DAE;
USA v. (01) Andy S.S. Yip
      (02) Brenda M.O. Chung;
Final Pretrial Conference Minutes
7/17/2007