

ORIGINAL

HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 475 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 08 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorney for Defendant
ANDY S.S. YIP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00225(01) DAE |
| | ) | |
| Plaintiff, | ) | DEFENDANT ANDY S.S. YIP'S |
| | ) | LIST OF POTENTIAL TRIAL |
| vs. | ) | WITNESSES |
| | ) | |
| ANDY S.S. YIP,           (01) | ) | TRIAL:    08/15/07 |
| BRENDA M.O. CHUNG        (02) | ) | JUDGE:    THE HONORABLE |
| | ) |           DAVID A. EZRA |
| Defendants. | ) | |
| | ) | |

DEFENDANT ANDY S.S. YIP'S LIST OF POTENTIAL TRIAL WITNESSES

DEFENDANT ANDY S.S. YIP, by and through his undersigned attorney, hereby submits a list of potential trial witnesses to be called in the above-entitled matter. Trial is scheduled to commence on August 15, 2007, at 9:00 a.m., before the Honorable Chief United States District Court Judge David A. Ezra.

1. Maria       Benz
2. Roger       Benz
3. Ivy         Boaz
4. Shirley     Cheung

(CERTIFICATE OF SERVICE ATTACHED)

|     |                      |                         |
| --- | -------------------- | ----------------------- |
| 5.  | George               | Choy                    |
| 6.  | Brenda               | Chung                   |
| 7.  | Cheung Kuen "Andy"   | Chung                   |
| 8.  | Akiko                | Coleman                 |
| 9.  | Mary Elizabeth       | Coleman-Cope            |
| 10. | Eriko                | Dmitrovsky              |
| 11. | Roger                | Epstein, Esq.           |
| 12. | Nancy Yuan Tien      | Huang                   |
| 13. | Brian                | Kawakami                |
| 14. | Wendell              | Kwan                    |
| 15. | Can                  | Lee                     |
| 16. | Ronald               | Lee, CPA                |
| 17. | Emerald              | Liburd, Revenue Agent   |
| 18. | April                | McDonald                |
| 19. | Gregory              | Miki, Special Agent     |
| 20. | James Allen          | Schmit                  |
| 21. | Wilfred M.           | Tochiki                 |
| 22. | Rick                 | Tubania, Revenue Agent  |
| 23. | Dirk                 | Von Gunthner            |
| 24. | Andy S.S.            | Yip                     |
| 25. | Jeffrey H.           | Yip                     |

Defendant Andy Yip reserves the right to call additional witnesses, including but not limited to any witnesses listed by Plaintiff United States of America and/or Defendant Brenda Chung in their Trial Witness Lists, custodians of records, character witnesses, and rebuttal witnesses, if necessary.

DATED: Honolulu, Hawaii,  August 7, 2007  .

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HOWARD T. CHANG
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　ANDY S.S. YIP

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was duly served on the person(s) named below, in the manner described thereto, at their last known address on _____August 7, 2007_____:

|  | U.S. Mail | Hand Deliver |
|---|---|---|
| LESLIE E. OSBORNE, ESQ.<br>Asst. U.S. Attorney<br>6-100 PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850<br><br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA |  | X |
| HOWARD K.K. LUKE, ESQ.<br>841 Bishop Street #2022<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>BRENDA M.O. CHUNG |  | X |

DATED: Honolulu, Hawaii, _____August 7, 2007_____.

_____
HOWARD T. CHANG
Attorney for Defendant
ANDY S.S. YIP

080707
g:\andy yip\pleadings\Witness List.wpd

4