EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>ANDY S.S. YIP,  (01)  )<br>BRENDA M.O. CHUNG,  (02)  )<br>  )<br>      Defendant.  )<br>_____) | CR. NO. 02-00225 DAE<br><br>UNITED STATES' WITNESS LIST;<br>CERTIFICATE OF SERVICE<br><br><br><br>Trial Date: August 14, 2007<br>Judge: David Alan Ezra |

UNITED STATES' WITNESS LIST

The United States submits its Witness List attached hereto.

DATED: _Aug 9, 2007_, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _/s/ Leslie E. Osborne_
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served by First Class Mail:**
Howard T. Chang, Esq.
Pauahi Tower, Suite 700
1001 Bishop Street
Honolulu, HI 96813

Attorney for Defendant
ANDY S.S. YIP

**Served electronically through CM/ECF:**
Howard K. K. Luke, Esq.
howardkkluke@hawaii.rr.com

Attorney for Defendant
BRENDA M. O. CHUNG

DATED: Honolulu, Hawaii, August 9, 2007.

_____

| Wit order # | Witness Name |
|---|---|
| 1 | Debra Barham, IRS Service Center Rep. |
| 2 | Tochiki, Wilfred |
| 3 | IRS Revenue Agent Emerald Liburd |
| 4 | Chung, Cheung Kuen "Andy" |
| 5 | Kohn, Gerard "Gerry" |
| 6 | Dmitrovsky, Eriko |
| 7 | Demattei, James (Memox Corp.) |
| 8 | Shirley Mei Chu Chung (Deposition taken in Australia) |
| 9 | Greg Boaz (Deposition taken in Australia) |
| 10 | Ivy Boaz (Deposition taken in Australia) |
| 11 | Al Demeter |
| 12 | Jean Divine (Special Agent) |
| 13 | Kwan, Wendell Y.N. |
| 14 | Kawakami, Brian |
| 15 | Calzori, Sun Ki |
| 16 | Scott, Keith |
| 17 | Soleymani, Allen |
| 18 | ALOR International Ltd. (Jack Zemer) |
| 19 | CASIO Inc. (Barbara Leito) |
| 20 | R & C Travel (Yosuke Nozawa) |
| 21 | Suriano, Avraham "Avi" |
| 22 | Schmit, James Allen |
| 23 | Uyetake, Sidney |
| 24 | Collins, Fred |
| 25 | Alisa Shirbish |
| 26 | Special Agent Russell Chong |
| 27 | Mero, Mark |

| Wit order # | Witness Name |
|---|---|
| 28 | Zenger, Christian |
| 29 | Marge Carson Inc. Dominic Ching, Controller |
| 30 | Marmal Export, U.S.A. (Larry Noeske, Controller) |
| 31 | Ameron Hawaii (Florence Kaai) |
| 32 | Huang, Nancy |
| 33 | Lee, Ronald C.O. |
| 34 | Debra Lucas Stahl, IRS Transcription Center |
| 35 | Revenue Agent Anne Saiki |
| 36 | IRS SUMMARY WITNESS - Revenue Agent Susan Mitsuyoshi |
| Rebuttal | Coleman-Cope, Mary Elizabeth |