# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00225DAE |
| CASE NAME: | USA v. (01) Andy S.S. Yip |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. |
| ATTYS FOR DEFT: | (01) Howard T. Chang |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 08/10/2007 | TIME: | 11:05 - 11:24 |

COURT ACTION:  EP: Partial Motion for Withdrawal of Not Guilty Plea and to Plead Anew to Counts 4,5,6, and 7 of the Second Superseding Indictment as to (01) Andy S. S. Yip - deft present on bail.

Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge signed and filed.

Deft sworn and queried.  Advised of rights.
No Memorandum of Plea Agreement.

Plea of GUILTY entered to Counts 4,5,6, and 7 of the Second Superseding Indictment.

Court to submit Report and Recommendation Concerning Guilty Plea recommending that deft be adjudged guilty.
Deft advised of right to file objection to Report and Recommendation.

Pre-Sentence Investigation Report ordered.

SENTENCING 12/10/2007 @ 1:30 p.m., DAE.

Bail to continue.

Submitted by Richlyn Young, courtroom manager