ORIGINAL

HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 475 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877
E-Mail:
howardchang.crimtaxatty
      @hawaiiantel.net

Attorney for Defendant
ANDY S.S. YIP

LODGED

AUG 10 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 13 2007

at ___ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,          )     CR. NO. CR02-00225 DAE
                                   )
                Plaintiff,         )     STIPULATION
                                   )
        vs.                        )
                                   )
ANDY S.S. YIP,            (01)     )
BRENDA M.O. CHUNG         (02)     )
                                   )
                Defendants.        )
                                   )
_____)


                       STIPULATION


        IT IS HEREBY STIPULATED by and between the parties that

the evidence would show that during the years 1995 - 1998,

Defendant Andy S.S. Yip conducted an "off the books" business for

the sale primarily of watches.  The proceeds from these sales were

received mainly in the form of Japanese yen and some travelers

checks.  The yen and checks were exchanged for blank Honolulu

Foreign Exchange checks which were used to payoff various personal

and that business' expenses.  The IRS investigation would reveal

that these activities resulted in a tax loss in excess of $300,000.

It is understood by the parties that this Stipulation may not be relied upon at sentencing.

DATED:   Honolulu, Hawaii, *Aug 10, 2007* .

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By: _____
LESLIE E. OSBORNE
Asst. U.S. Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
HOWARD T. CHANG
Attorney for Defendant
ANDY S.S. YIP

_____
HOWARD K.K. LUKE
Attorney for Defendant
BRENDA M.O. CHUNG

APPROVED AND SO ORDERED:

_____
DAVID A. EZRA
United States District Judge

---

UNITED STATES OF AMERICA v. ANDY S.S. YIP, et al., CR. NO. CR02-00225 (1) DAE, STIPULATION