ORIGINAL

HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 475 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877

Attorney for Defendant
ANDY S.S. YIP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 14 2007

at 2 o'clock and 11 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,                   )<br>                                             )<br>            Plaintiff,                      )<br>                                             )<br>     vs.                                     )<br>                                             )<br> ANDY S.S. YIP,             (01)             )<br> BRENDA M.O. CHUNG          (02)             )<br>                                             )<br>            Defendants.                      )<br>_____) | CR. NO. CR02-00225(01) DAE<br><br>DEFENDANT ANDY S.S. YIP'S<br>SUPPLEMENTAL LIST OF<br>POTENTIAL TRIAL WITNESSES<br><br>TRIAL:    08/15/07<br>JUDGE:    THE HONORABLE<br>          DAVID A. EZRA |

DEFENDANT ANDY S.S. YIP'S SUPPLEMENTAL
LIST OF POTENTIAL TRIAL WITNESSES

DEFENDANT ANDY S.S. YIP, by and through his undersigned attorney, hereby supplements his list of potential trial witnesses filed herein on August 8, 2007, to be called in the above-entitled matter. Trial is scheduled to commence on August 15, 2007, at 9:00 a.m., before the Honorable Chief United States District Court Judge David A. Ezra.

     26.  A.R.                    Demeter
     27.  Jean                    Divine

(CERTIFICATE OF SERVICE ATTACHED)

Defendant Andy Yip reserves the right to call additional witnesses, including but not limited to any witnesses listed by Plaintiff United States of America and/or Defendant Brenda Chung in their Trial Witness Lists, custodians of records, character witnesses, and rebuttal witnesses, if necessary.

DATED: Honolulu, Hawaii, <u>August 14, 2007</u>.

<u>/s/ Howard T. Chang</u>
HOWARD T. CHANG
Attorney for Defendant
ANDY S.S. YIP

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was duly served on the person(s) named below, in the manner described thereto, at their last known address on  August 14, 2007 :

|  | U.S. Mail | Hand Deliver |
|---|---|---|
| LESLIE E. OSBORNE, ESQ.<br>Asst. U.S. Attorney<br>6-100 PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850<br><br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA |  | X |
| HOWARD K.K. LUKE, ESQ.<br>841 Bishop Street #2022<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>BRENDA M.O. CHUNG |  | X |

DATED: Honolulu, Hawaii,   August 14, 2007  .

_____
HOWARD T. CHANG
Attorney for Defendant
ANDY S.S. YIP