ORIGINAL

HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 475 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877

Attorney for Defendant
ANDY S.S. YIP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 14 2007
at 2 o'clock and 10 min P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CR. NO. CR02-00225(01) DAE |
| ) | |
| Plaintiff,    ) | NOTICE OF INTENTION TO USE |
| ) | STATEMENTS OF UNAVAILABLE |
| vs.    ) | WITNESSES |
| ) | |
| ANDY S.S. YIP,         (01) ) | TRIAL:    08/15/07 |
| BRENDA M.O. CHUNG      (02) ) | JUDGE:    THE HONORABLE |
| ) |           DAVID A. EZRA |
| Defendants.    ) | |
| ) | |

NOTICE OF INTENTION TO USE
STATEMENTS OF UNAVAILABLE WITNESSES

Pursuant to Rule 807 of the Federal Rules of Evidence, Defendant Andy S.S. Yip hereby notifies the United States that he intends to offer evidence of James Cheung's January 14, 2000 interview conducted by the IRS and the grand jury testimony of Akiko Coleman taken May 30, 2002. Both witnesses are unavailable for trial. Mr. Cheung died December 2001. Ms. Coleman sustained a major stroke in 2005 and has been unable to speak since that event. Information concerning Ms. Coleman's physical and mental condition was provided by her treating physician, Dr. Catherine

(CERTIFICATE OF SERVICE ATTACHED)

Shanahan. A copy of Dr. Shanahan's October 23, 2006 letter is attached.

Defendant Yip also intends to offer two statements made by Ms. Coleman to Ms. April MacDonald in 1995-1996. The statements were made in conjunction with Ms. Coleman providing Ms. MacDonald a package for delivery to Mr. Yip, to the effect "this is money for Andy".

DATED: Honolulu, Hawaii, __August 14, 2007__ .

_____
HOWARD T. CHANG
Attorney for Defendant
ANDY S.S. YIP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was duly served on the person(s) named below, in the manner described thereto, at their last known address on _____August 14, 2007_____:

|  | U.S. Mail | Hand Deliver |
|---|---|---|
| LESLIE E. OSBORNE, ESQ.<br>Asst. U.S. Attorney<br>6-100 PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850<br><br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA |  | X |
| HOWARD K.K. LUKE, ESQ.<br>841 Bishop Street #2022<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>BRENDA M.O. CHUNG |  | X |

DATED: Honolulu, Hawaii, _____August 14, 2007_____.

_____
HOWARD T. CHANG
Attorney for Defendant
ANDY S.S. YIP