# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00225DAE |
| CASE NAME: | United States of America Vs. (01) Andy S. S. Yip and (02) Brenda M. O. Chung |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr.  And Greg Miki-IRS Agent |
| ATTYS FOR DEFT: | (01) Howard T. Chang<br>(02) Howard K. K. Luke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 8/15/2007 | TIME: | 9:25am-l0:55am<br>1:40pm-2:32pm |

COURT ACTION: As to Defendants' (01) Andy S. S. Yip and (02) Brenda M. O. Chung-Jury Selection-9:25am-l0:55am and 1:40pm-1:55pm-Both Defendants' are present not in Custody.  Also present 68 Jurors.-12 Jurors and 2 Alternate Jurors were selected. Jurors .were Sworn in.

Jury Trial  continued to 8/16/2007 @9:00 a.m.

Motions' in Limine-2:04pm-2:32pm-

[174] Defendant (02) Brenda M. O. Chung's  Motion in Limine No. 1-Oral Argument held.  The Motion is hereby Denied without prejudice.

[245] Defendant (02) Brenda M. O. Chung's Motion in Limine No. 2-Oral Argument Held.  The Motion is hereby Denied.

[246] Defendant (02) Brenda M. O. Chung's Motion in Limine No. 3-Oral Argument Held.  The Motion is hereby Denied.

Submitted by Leslie L. Sai, Courtroom Manager