# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00225DAE |
| CASE NAME: | United States of America Vs. (01) Andy S. S. Yip (02) Brenda M. O. Chung |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. And IRS Agent-Greg Miki |
| ATTYS FOR DEFT: | (01) Howard T. Chang (02) Howard K. K. Luke |
| INTERPRETER: | Gail Ma |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 8/16/2007 | TIME: | 9:15am-ll:42am 1:40pm-4:14pm |

COURT ACTION: EP: Jury Trial-(2nd Day)-As to Defendants' (01) Andy S. S. Yip and (02) Brenda M. O. Chung-Both Defendants' are present not in Custody.  Also present-12 Jurors and 2 Alternate Jurors..

Opening Statements-9:17am-11:15am-on behalf of the Government and Defendants' (01) Andy S. S. Yip and (02) Brenda M. O. Chung.

Government Witnesses-Debra Barham-CST, Yosuke Nozawa-CST and Cheung Kuen "Andy" Chung.-CST.

Government Exhibits-1, 2, 4, 5, 6, 7, 15, 69, 333, 334, 335, 336, 337, 700 and 703-Admitted.

Stipulation read into the Record-Document No. 231.

Stipulation read into the Record-Document no. 242.

Jury Trial continued to 8/21/2007 @9:00 a.m. before Judge Ezra.

Submitted by Leslie L. Sai, Courtroom Manager