LAW OFFICE OF HOWARD K. K. LUKE
ATTORNEYS AT LAW

HOWARD K. K. LUKE      2049
DAVID M. HAYAKAWA      4522
841 Bishop Street, Suite 2022
Honolulu, Hawaii 96813
Tel.:  (808) 545-5000
Fax:   (808) 523-9137
Email: howardkkluke@hawaii.rr.com

Attorneys for Defendant
 BRENDA M. O. CHUNG (02)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDY S. S. YIP,              (01)<br>BRENDA M. O. CHUNG,  (02)<br><br>Defendants. | CR. NO.  02-00225DAE(02)<br><br>DEFENDANT CHUNG'S (02) JOINDER IN DEFENDANT YIP'S (01) MOTION TO EXCLUDE TESTIMONY OF GOVERNMENT'S SUMMARY WITNESS/EXPERT WITNESS AT TRIAL FILED ON AUGUST 24, 2007; CERTIFICATE OF SERVICE<br><br>Trial:  August 15, 2007<br>Time:  9:00 a.m.<br>Judge:  David A. Ezra |

DEFENDANT CHUNG'S (02) JOINDER IN DEFENDANT YIP'S (01)
MOTION TO EXCLUDE TESTIMONY OF GOVERNMENT'S SUMMARY
  WITNESS/EXPERT WITNESS AT TRIAL FILED AUGUST 24, 2007

Defendant Brenda M. O. Chung (02), by and through her undersigned counsel, hereby joins in Defendant Andy Yip's (01) Motion to Exclude Testimony of Government's Summary Witness/Expert Witness at Trial filed on August 24, 2007.

DATED:   Honolulu, Hawaii, August 27, 2007.

_____
HOWARD K. K. LUKE
DAVID M. HAYAKAWA

Attorneys for Defendant
BRENDA M. O. CHUNG (02)