CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service

noted below, a true and correct copy of the foregoing was duly served as follows:

Served electronically through CM/ECF:
LESLIE E. OSBORNE, JR., A.U.S.A.                          August 27, 2007
les.osborne@usdoj.gov
Attorney for Plaintiff UNITED STATES OF AMERICA

Served by first class mail:
HOWARD T. CHANG                                          August 27, 2007
Attorney at Law A Law Corporation
1001 Bishop St Ste 700
Honolulu, HI 96813
Attorney for Defendant ANDY S. S. YIP (01)

DATED:    Honolulu, Hawaii, August 27, 2007.

_____
HOWARD K. K. LUKE