HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 475 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877
E-Mail:
howardchang.crimtaxatty
      @hawaiiantel.net

Attorney for Defendant
ANDY S.S. YIP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 27 2007
at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00225 DAE (01) |
| | ) | |
| Plaintiff, | ) | DEFENDANT ANDY S.S. YIP'S |
| | ) | MOTION TO EXCLUDE VARIOUS |
| vs. | ) | GOVERNMENT EXHIBITS & |
| | ) | WITNESSES; DECLARATION OF |
| ANDY S.S. YIP, (01) | ) | COUNSEL; EXHIBITS A-B; |
| BRENDA M.O. CHUNG (02) | ) | MEMORANDUM OF LAW |
| | ) | |
| Defendants. | ) | TRIAL: 08/15/07 |
| | ) | TIME:  9:00 A.M. |
| | | JUDGE: DAVID A. EZRA |

DEFENDANT ANDY S.S. YIP'S MOTION TO
EXCLUDE VARIOUS EXHIBITS & WITNESSES

Defendant Andy S.S. Yip, by and through his undersigned attorney, hereby moves this Honorable Court for an order excluding various documentary exhibits and witnesses to be offered by the government at trial. This motion is made pursuant to Rule 47 of the Federal Rules of Criminal Procedure, Rules 104, 105, 402, 403 and 404(b) of the Federal Rules of Evidence, the Fifth, Sixth and

(CERTIFICATE OF SERVICE ATTACHED)

Fourteenth Amendments to the United States Constitution, the Declaration of Counsel and the attached Memorandum of Law, and such argument that may be heard at the hearing on this motion.

DATED: Honolulu, Hawaii, ___August 27, 2007___.

_____
HOWARD T. CHANG
Attorney for Defendant
ANDY S.S. YIP