# Exhibit A

ORIGINAL

FILE COPY

HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 475 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877
E-Mail:
howardchang.crimtaxatty
    @hawaiiantel.net

Attorney for Defendant
ANDY S.S. YIP

LODGED
AUG 10 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 13 2007
at ___ o'clock and ___ min. ___.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00225 DAE |
| Plaintiff, | ) | STIPULATION |
| vs. | ) | |
| ANDY S.S. YIP,         (01)<br>BRENDA M.O. CHUNG    (02) | ) | |
| Defendants. | ) | |

STIPULATION

IT IS HEREBY STIPULATED by and between the parties that the evidence would show that during the years 1995 - 1998, Defendant Andy S.S. Yip conducted an "off the books" business for the sale primarily of watches. The proceeds from these sales were received mainly in the form of Japanese yen and some travelers checks. The yen and checks were exchanged for blank Honolulu Foreign Exchange checks which were used to payoff various personal and that business' expenses. The IRS investigation would reveal that these activities resulted in a tax loss in excess of $300,000.

EXHIBIT "A"

It is understood by the parties that this Stipulation may not be relied upon at sentencing.

DATED: Honolulu, Hawaii, *Aug 10, 2007*.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By: _____
                                  LESLIE E. OSBORNE
                                  Asst. U.S. Attorney
                                  Attorney for Plaintiff
                                  UNITED STATES OF AMERICA

_____      _____
HOWARD T. CHANG              HOWARD K.K. LUKE
Attorney for Defendant       Attorney for Defendant
ANDY S.S. YIP                  BRENDA M.O. CHUNG

APPROVED AND SO ORDERED:

_____
DAVID A. EZRA
United States District Judge

---

UNITED STATES OF AMERICA v. ANDY S.S. YIP, et al., CR. NO. CR02-00225 (1) DAE, STIPULATION

Subject: Activity in Case 1:02-cr-00225-DAE USA v. Yip, et al Stipulation and Order
From: hid_resp@hid.uscourts.gov
Date: Tue, 14 Aug 2007 10:01:16 -1000
To: hawaii_cmecf@hid.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Hawaii - CM/ECF V3.04 (3/07)

**Notice of Electronic Filing**

The following transaction was entered on 8/14/2007 at 10:01 AM HST and filed on 8/13/2007
**Case Name:**       USA v. Yip, et al
**Case Number:**     1:02-cr-225
**Filer:**
**Document Number:** 231

**Docket Text:**
STIPULATION as to Andy S.S. Yip, Brenda M.O. Chung ("...Stipulated...that evidence would show that during the years 1995-1998, Defendant Andy S.S. Yip conducted an 'off the books' business for the sale primarily of watches...".Signed by Judge DAVID ALAN EZRA. (afc)


**1:02-cr-225-1 Notice has been electronically mailed to:**

Howard T. Chang    howardchang.crimtaxatty@hawaiiantel.net

Howard K.K. Luke    howardkkluke@hawaii.rr.com

Leslie E. Osborne, Jr    les.osborne@usdoj.gov, gloria.parker@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov

**1:02-cr-225-1 Notice will not be electronically mailed to:**

David M. Hayakawa
Law Office of Howard K K Luke
841 Bishop St Ste 2022
Honolulu, HI 96813

**1:02-cr-225-2 Notice has been electronically mailed to:**

Howard T. Chang    howardchang.crimtaxatty@hawaiiantel.net

Howard K.K. Luke    howardkkluke@hawaii.rr.com

Leslie E. Osborne, Jr    les.osborne@usdoj.gov, gloria.parker@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov

**1:02-cr-225-2 Notice will not be electronically mailed to:**

David M. Hayakawa
Law Office of Howard K K Luke
841 Bishop St Ste 2022
Honolulu, HI 96813

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=8/14/2007] [FileNumber=330255-0]
[46f0b7d97681fdf34d29685aff80ef9b12d063a20352f04ff25e5817839691109090
324c3bcfaedace70b5b4931a44d1a60e271e86bf8cd474429c2f83ab038a]]