# Exhibit B

# HOWARD T. CHANG

Attorney at Law                                                                                    A Law Corporation

August 11, 2007

VIA FACSIMILE - 541-2958
AND MAIL

Leslie E. Osborne, Jr., Esq.
Asst U.S. Atty
#6100 PJKK Federal Bldg
300 Ala Moana Blvd, #50183
Honolulu, Hawaii  96850

Re:  United States of America v.
     Andy S. S. Yip, et al.
     Cr. No. 02-00225 DAE

Dear Mr. Osborne:

Pursuant to that certain August 10 plea by Andy Yip to Counts
4-7 of the Second Superseding Indictment, I assume that the
Government's Exhibits listed in the attachment hereto will not be
used in trial.  Please notify me as soon as possible if any of the
listed exhibits will be used by the Government at trial.

Thank you for your cooperation and assistance in this matter.

Very truly yours,

HOWARD T. CHANG

HTC:bns
ltrs2.07\B070396.ltr.wpd

EXHIBIT " B " 

| United States of America v. Andy S. S. Yip & Brenda M.O. Chung | | | | | |
| :---: | :---: | :---: | :---: | :---: | :---: |
| Cr. No. 02-00225 DAE | | | | | |
| | | | | | |
| Government's Exhibits Not to be Used at Trial | | | | | |
| | | | | | |
| N | 119 | 312 | 516 | 913 | 1034 |
| O | 120 | 313 | 517 | 914 | 1035 |
| P | 121 | 314 | 519 | 915 | 1036 |
| Q | 122 | 315 | 520 | 916 | 1037 |
| R | 123 | 316 | 521 | 9*17 | 1038 |
| 1 | 124 | 317 | 522 | 918 | 1039-1999 |
| 2 | 125 | 318 | 523 | 919 | 2000 |
| 3 | 126 | 319 | 524 | 920 | 2001 |
| 4 | 127 | 320 | 525 | 921 | 2002 |
| 8 | 128 | 321 | 526 | 922 | 2003 |
| 10 | 129 | 322 | 527 | 923 | 2004 |
| 11 | 130 | 323 | 528 | 924-999 | 2005 |
| 12 | 131 | 324 | 529 | 1000 | 2006 |
| 13 | 132 | 325 | 530-600 | 1001 | 2007-2009 |
| 14 | 133 | 326 | 704-799 | 1001A | 2010 |
| 26 | 134 | 327 | 800 | 1001B | 2011 |
| 27 | 135 | 328 | 801 | 1001C | 2012 |
| 28 | 136 | 329 | 802 | 1001D | 2013 |
| 35 | 137-199 | 330 | 803 | 1001E | 2014 |
| 37 | 200 | 331 | 804 | 1002 | 2015 |
| 38 | 201 | 332 | 805 | 1003 | 2016 |
| 39 | 202 | 338-345 | 806 | 1004 | 2017 |
| 40 | 203 | 346 | 807 | 1005-1006 | 2018 |
| 41 | 204 | 347 | 808 | 1007 | 2019 |
| 42 | 205 | 348 | 809 | 1008 | 2020 |
| 43 | 206 | 349 | 810 | 1009 | 2021 |
| 44 | 207 | 350 | 811 | 1010 | 2022 |
| 45 | 208 | 351 | 812 | 1011 | 2023 |
| 46 | 209 | 352 | 813 | 1012 | 2024 |
| 68 | 210 | 353-399 | 814 | 1013 | 2025 |
| 70-99 | 211 | 401 | 815 | 1014 | 2026 |
| 100 | 212 | 401A | 816 | 1015 | 2027 |
| 101 | 213 | 401B | 817 | 1016 | |
| 102 | 214 | 402-499 | 818 | 1017 | |
| 103 | 215 | 500 | 819 | 1018 | |
| 104 | 216-299 | 501 | 820 | 1019 | |
| 105 | 300 | 502 | 821-899 | 1020 | |
| 106 | 301 | 503 | 900 | 1021 | |
| 107 | 301A | 504 | 901 | 1022 | |
| 108 | 301B | 505 | 902 | 1023 | |
| 109 | 302 | 506 | 903 | 1024 | |
| 110 | 303 | 507 | 904 | 1025 | |
| 111 | 303A | 508 | 905 | 1026 | |
| 112 | 304 | 509 | 906 | 1027 | |
| 113 | 306 | 510 | 907 | 1028 | |
| 114 | 307 | 511 | 908 | 1029 | |
| 115 | 308 | 512 | 909 | 1030 | |
| 116 | 309 | 513 | 910 | 1031 | |
| 117 | 310 | 514 | 911 | 1032 | |
| 118 | 311 | 515 | 912 | 1033 | |