# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00225DAE |
| CASE NAME: | United States of America vs. (01) Andy S.S. Yip and (02) Brenda M.O. Chung |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. And IRS Agent - Greg Miki |
| ATTYS FOR DEFT: | (01) Howard T. Chang<br>(02) Howard K.K. Luke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 08/28/2007 | TIME: | 9:30am - 12:00pm<br>1:30pm - 4:15pm<br>Motions: 5 minutes |

COURT ACTION: EP: Jury Trial (4TH Day)-As to Defendants' (01) Andy S.S. Yip and (02) Brenda M. O. Chung - Both Defendants' are present, not in Custody. Also present-12 Jurors and 2 Alternate Jurors.

[252]  MOTION in Limine to Exclude Testimony of Government's Summary Witness/Expert Witness at Trial-DENIED.

[255]  Defendant Andy S.S. Yip's MOTION in Limine to Exclude Various Government Exhibits & Witnesses-DENIED.

Government Witnesses-Shirley Chung-Video Deposition, Jean Divine, Wilfred Tochiki, Emerald Liburd.

Government Exhibits-70, 200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212, 213, 214, 25, 26, 26, 29, 30, 31, 32, 32a, 32b, 32c, 32d, 32e, 33, 34, 36, 38, 39, 40, 41, 42, 45, 46 -Admitted.

Further Jury Trial (5th Day) continued to 8/29/2007 @ 9:00 a.m.

Submitted by: Theresa Lam, Courtroom Manager