# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00225DAE |
| CASE NAME: | United States of America Vs. (01) Andy S. S. Yip and (02) Brenda M. O. Chung |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. And IRS Agent-Greg Miki |
| ATTYS FOR DEFT: | (01) Howard T. Chang |
| | (02) Howard K. K. Luke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 08/29/2007 | TIME: | 9:00am-12:00pm |
| | | | 1:30pm-3:00pm |

COURT ACTION:  EP: Jury Trial (5th Day)-As to Defendants' (01) Andy S.S. Yip and (02) Brenda M. O. Chung-Both Defendants' are present not in Custody.  Also present-12 Jurors and 2 Alternate Jurors.

Government Witnesses-Emerald Liburd.

Government Exhibits-800-Admitted.

Defendant Brenda Chung's Exhibits-5005-Admitted.

Further Jury Trial (6th Day) continued to 8/30/2007 @9:00 a.m.

Submitted by:  Theresa Lam, Courtroom Manager