# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00225DAE |
| CASE NAME: | United States of America Vs. (01) Andy S. S. Yip and (02) Brenda M. O. Chung |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. And IRS Agent-Greg Miki |
| ATTYS FOR DEFT: | (01) Howard T. Chang<br>(02) Howard K. K. Luke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 08/30/2007 | TIME: | 9:00am-9:30am |

COURT ACTION:  EP: Further Jury Trial (6th Day)-As to Defendants' (01) Andy S.S. Yip and (02) Brenda M. O. Chung-Both Defendants' are present not in Custody.  Jurors not present.

Discussion regarding Juror's absence held, further Jury Trial (7th Day) to be held on 8/31/2007 @10:00amDAE.

Submitted by:  Theresa Lam, Courtroom Manager