ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  les.osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 30 2007

at __ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

LODGED

AUG 30 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00225 DAE |
| Plaintiff, ) | REQUEST TO TAKE JUDICIAL NOTICE AND ORDER; |
| vs. ) | EXHIBITS 3004-3005; CERTIFICATE OF SERVICE |
| ANDY S.S. YIP,    (01) ) BRENDA M. O. CHUNG, (02) ) | |
| Defendants. ) | Trial Date: 8/15/07 Time:  9:00 a.m. Judge:  David Alan Ezra |

REQUEST TO TAKE JUDICIAL NOTICE

The United States requests that this Court take judicial notice of Exhibit 3004 relevant pages of the passport of defendant Andy S. S. Yip and Exhibit 3005 relevant portions of the passport of defendant Brenda Chung.  These documents are in the possession of the Clerk of the Court for the District of

Hawaii where they were delivered by the defendants in the request of the conditions of their bail.

DATED: August 30, 2007, at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii

                By _____
                   LESLIE E. OSBORNE, JR.
                   Assistant U.S. Attorney

IT IS SO ORDERED.

_____
DAVID ALAN EZRA
United States District Judge

2