The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'État
des États-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des États-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**



PASSPORT
USA

Type/Catégorie: P
Code of issuing State: USA
PASSPORT NO: 120539739
Surname/Nom: CHUNG
Given names/Prénoms: BRENDA MEI OI
Nationality: UNITED STATES OF AMERICA
Sex/Sexe: F
Place of birth/Lieu de naissance: CHINA
Date of issue: 14 OCT/OCT 97
Date of expiration: 13 OCT/OCT 07
Authority: PASSPORT AGENCY HONOLULU
Amendments/Modifications: SEE PAGE 24

P<USACHUNG<<BRENDA<MEI<OI<<<<<<<<<<<<<<<<<<
1205397393USA5211261F0710138<<<<<<<<<<<<<<4

EXHIBIT 3005

