## CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

**Served Electronically through CM/ECF and by hand delivery:**

Howard T. Chang     howardchang.crimtaxatty@hawaiiantel.net
    Attorney for Defendant
    ANDY S.S. YIP

Howard K. K. Luke   howardkkluke@hawaii.rr.com
    Attorney for Defendant
    BRENDA M. O. CHUNG

DATED:  Honolulu, Hawaii, August 30, 2007.

_____