# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00225DAE |
| CASE NAME: | United States of America Vs. (01) Andy S. S. Yip and (02) Brenda M. O. Chung |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. And IRS Agent-Greg Miki |
| ATTYS FOR DEFT: | (01) Howard T. Chang<br>(02) Howard K. K. Luke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 08/31/2007 | TIME: | 10:00am-12:00pm<br>1:30pm-4:00pm |

COURT ACTION: EP: Further Jury Trial (7th Day)-As to Defendants' (01) Andy S.S. Yip and (02) Brenda M. O. Chung-Both Defendants' are present not in Custody. Also present-12 Jurors and 2 Alternate Jurors.

Government Witnesses-Mark Mero, Eriko Dmitrovsky.

Government Exhibits-3006, 3000, 3000A, 3000AA, 3003, 64B, 64A-Admitted.

Exhibits received through stipulations: Government Exhibits: 500-513, 400, 305-332, 300-301B, 302-303A, 912-920, 921-923, 905-911, 304, 305.

Further Jury Trial (8th Day) continued to 9/5/2007 @9:00 a.m.

Submitted by: Theresa Lam, Courtroom Manager