# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00225DAE |
| CASE NAME: | United States of America Vs. (01) Andy S. S. Yip and (02) Brenda M. O. Chung |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. and IRS Agent-Greg Miki |
| ATTYS FOR DEFT: | (01) Howard T. Chang<br>(02) Howard K. K. Luke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 09/5/2007 | TIME: | 9:00am-10:20am<br>2:15pm-4:30pm |

COURT ACTION:  EP: Further Jury Trial (8th Day)-As to Defendants' (01) Andy S.S. Yip and (02) Brenda M. O. Chung-Both Defendants' are present not in Custody.  Also present-12 Jurors and 2 Alternate Jurors.

Government Witnesses-Eriko Dmitrovsky, Agent Gregory Miki, Nancy Huang, Ronald Lee.

Government Exhibits-3, 100, 102, 103, 105, 106, 108, 109, 111-118, 122, 124, 125, 126-Admitted.

Further Jury Trial (9th Day) continued to 9/6/2007 @9:00 a.m.

Submitted by:  Theresa Lam, Courtroom Manager