# MINUTES

CASE NUMBER:    CR NO. 02-00225DAE

CASE NAME:     United States of America Vs. (01) Andy S. S. Yip and (02)
               Brenda M. O. Chung

ATTYS FOR PLA:   Leslie E. Osborne, Jr. and IRS Agent-Greg Miki

ATTYS FOR DEFT:   (01) Howard T. Chang
                  (02) Howard K. K. Luke

INTERPRETER:

JUDGE:   David Alan Ezra          REPORTER:   Cynthia Fazio

DATE:    09/6/2007               TIME:      9:45am-12:00pm
                                             1:30pm-4:30pm

COURT ACTION:   EP: Further Jury Trial (9th Day)-As to Defendants' (01) Andy S.S. Yip and (02) Brenda M. O. Chung-Both Defendants' are present not in Custody.  Also present-12 Jurors and 2 Alternate Jurors.

Government Witnesses- Ronald Lee, Susan Mitsuyoshi,

Government Exhibits-900-904, 921-923, 701, 702, 67, 3001-Admitted.

Further Jury Trial (10th Day) continued to 9/7/2007 @9:00 a.m.

Submitted by:  Theresa Lam, Courtroom Manager