EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  les.osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225 DAE |
| | ) | |
| Plaintiff, | ) | COURT'S ADDITIONAL REVISED |
| | ) | SETTLED JURY INSTRUCTION; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| ANDY S.S. YIP, (01) | ) | |
| BRENDA M. O. CHUNG, (02) | ) | |
| | ) | Trial Date: 9/10/07 |
| Defendants. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: David Alan Ezra |

COURT'S ADDITIONAL REVISED SETTLED JURY INSTRUCTION

The United States submits the attached Court's additional revised settled jury instruction.

DATED:  Honolulu, Hawaii, September 10, 2007.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Leslie E. Osborne, Jr.
    LESLIE E. OSBORNE, JR.
    Assistant U.S. Attorney

(Court's Settled Version of Government's
Proposed Jury Instruction No. 14)

COURT'S INSTRUCTION NO. \_\_\_\_\_

In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant made, signed, and filed a tax return for the year set out in the indictment;

Second, the defendant knew the return contained false information as to a material matter;

Third, the return contained a written declaration that it was being signed subject to the penalties of perjury; and

Fourth, in filing the false tax return, the defendant acted willfully with the intent to violate the law.

**CLEAN COPY**

COURT'S INSTRUCTION NO. \_\_\_\_\_

In order for the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant made, signed, and filed a tax return for the year set out in the indictment;

Second, the defendant knew the return contained false information as to a material matter;

Third, the return contained a written declaration that it was being signed subject to the penalties of perjury; and

Fourth, in filing the false tax return, the defendant acted willfully with the intent to violate the law.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

**Served Electronically through CM/ECF:**

Howard T. Chang     howardchang.crimtaxatty@hawaiiantel.net
    Attorney for Defendant
    ANDY S.S. YIP

Howard K. K. Luke    howardkkluke@hawaii.rr.com
    Attorney for Defendant
    BRENDA M. O. CHUNG

DATED:  Honolulu, Hawaii, September 10, 2007.

             /s/ Cheri Abing