# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00225DAE |
| CASE NAME: | United States of America Vs. (01) Andy S. S. Yip and (02) Brenda M. O. Chung |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. and IRS Agent-Greg Miki |
| ATTYS FOR DEFT: | (01) Howard T. Chang<br>(02) Howard K. K. Luke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 09/11/2007 | TIME: | 9:00am-12:00pm<br>1:30pm-4:30pm |

COURT ACTION:  EP: Further Jury Trial (11th Day)-As to Defendants' (01) Andy S.S. Yip and (02) Brenda M. O. Chung-Both Defendants' are present not in Custody.

12 Jurors and 2 Alternate Jurors not present, jury instructions settled with Counsel.

Present-12 Jurors and 2 Alternate Jurors.

Defendant Brenda Chung's Witnesses-Brenda Chung.

Defendant Brenda Chung's Exhibits: 5010, 5014.

Juror #2 excused, replaced with alternate #1 at 1:50pm.

Government presents a rebuttal case.

Government's rebuttal witnesses: Scott Takahashi, Agent Greg Miki.

Government's rebuttal exhibit received: 3551.

Jury instructions given to jurors.

Further Jury Trial (12th Day) continued to 9/12/2007 @9:00 a.m.

Submitted by:  Theresa Lam, Courtroom Manager