# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00225DAE |
| CASE NAME: | United States of America Vs. (01) Andy S. S. Yip and (02) Brenda M. O. Chung |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. and IRS Agent-Greg Miki |
| ATTYS FOR DEFT: | (01) Howard T. Chang<br>(02) Howard K. K. Luke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 09/12/2007 | TIME: | 9:00am-12:00pm<br>1:30pm-4:30pm |

COURT ACTION: EP: Further Jury Trial (12th Day)-As to Defendants' (01) Andy S.S. Yip and (02) Brenda M. O. Chung-Both Defendants' are present not in Custody. Present-12 Jurors and 1 Alternate Juror.

Additional Jury instructions given to jurors.

Closing Arguments given by Government.

Closing Arguments given by Defendant Andy Yip.

Closing Arguments given by Defendant Brenda Chung.

Rebuttal Closing given by Government.

Alt #2 excused.  CSO sworn in.

Jury retires to deliberate at 3:45pm

Jury question #1 at 4:00pm.  Court responds in writing to question.

Further Jury Trial (13th Day) continued to 9/13/2007 @9:00 a.m.

Submitted by: Theresa Lam, Courtroom Manager