# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00225DAE |
| CASE NAME: | United States of America Vs. (01) Andy S. S. Yip and (02) Brenda M. O. Chung |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. and IRS Agent-Greg Miki |
| ATTYS FOR DEFT: | (01) Howard T. Chang<br>(02) Howard K. K. Luke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 09/13/2007 | TIME: | 9:00am-12:00pm<br>1:00pm-4:30pm |

COURT ACTION: EP: Further Jury Trial (13th Day)-As to Defendants' (01) Andy S.S. Yip and (02) Brenda M. O. Chung-Both Defendants' are present not in Custody.

Present-12 Jurors.

Jury starts deliberations at 9:00am

Jury question #2 addressed with Counsel and Defendants, written response given to jurors.

Jury question # 3 received.

Jury question #4 received.

Jury departs at 4:30pm.

Further Jury Trial (14th Day) continued to 9/14/2007 @9:00 a.m.

Submitted by: Theresa Lam, Courtroom Manager