# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00225DAE |
| CASE NAME: | United States of America Vs. (01) Andy S. S. Yip and (02) Brenda M. O. Chung |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. and IRS Agent-Greg Miki |
| ATTYS FOR DEFT: | (01) Howard T. Chang<br>(02) Howard K. K. Luke |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 09/14/2007 | TIME: | 9:00am-12:00pm<br>1:00pm-4:30pm |

COURT ACTION:   EP: Further Jury Trial (14th Day)-As to Defendants' (01) Andy S.S. Yip and (02) Brenda M. O. Chung-Both Defendants' are present not in Custody.

Present-12 Jurors.

Jury starts deliberations at 9:00am

Jury question #4 addressed with Counsel and Defendants, written response given to jurors.

Jurors' response to written response to question #4 received.

Recording of meeting between Ms. Eriko Dmitrovsky and Brenda Chung at Suntori played back for jurors.

Court reconvenes to accept jury verdict at 4:00pm.

Defendant (01) Andy S. S. Yip and (02) Brenda M. O. Chung present, not in custody.

Verdict read and filed.

Defendant (01)Andy S. S. Yip found guilty as to Counts 1, 9, 10, and 11 of the Second Superseding Indictment.

Defendant (02) Brenda M. O. Chung found not guilty as to Counts 1, 2 and 3 of the Indictment.

Jury polled.

Sentencing date for Defendant (01)Andy S. S. Yip set for 2/11/2008 @300pmDAE.

Current bail conditions of release as to Defendant (01)Andy S. S. Yip to continue.

Court orders that the signature bond and passport as to Defendant (02) Brenda M. O. Chung ONLY, be released.

Submitted by:  Theresa Lam, Courtroom Manager