ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 14 2007

at 4 o'clock and 00 min. P M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225 DAE |
|---|---|---|
| Plaintiff, | ) | VERDICT |
| vs. | ) | |
| ANDY S.S. YIP, (01) | ) | |
| BRENDA M.O. CHUNG, (02) | ) | |
| Defendant. | ) | |

## VERDICT

We, the jury, in the above-entitled cause, find the Defendant, ANDY S.S. YIP:

**AS TO COUNT 1**

_____ Not Guilty.      ✓ Guilty.

**AS TO COUNT 9**

_____ Not Guilty.      ✓ Guilty.

**AS TO COUNT 10**

_____ Not Guilty.      ✓ Guilty.

**AS TO COUNT 11**

_____ Not Guilty.      ✓ Guilty.

DATED:  14 September 2007 , at Honolulu, Hawaii.

SIGNED:  REDACTED
/FOREPERSON/