# Exhibit 2

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 14 2007

at 4 o'clock and 00 min. P M.
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225 DAE |
| Plaintiff, | ) | VERDICT |
| vs. | ) | |
| ANDY S.S. YIP, (01) | ) | |
| BRENDA M.O. CHUNG, (02) | ) | |
| Defendant. | ) | |

## VERDICT

We, the jury, in the above-entitled cause, find the Defendant, ANDY S.S. YIP:

### AS TO COUNT 1

_____ Not Guilty.      ✓ Guilty.

### AS TO COUNT 9

_____ Not Guilty.      ✓ Guilty.

### AS TO COUNT 10

_____ Not Guilty.      ✓ Guilty.

### AS TO COUNT 11

_____ Not Guilty.      ✓ Guilty.

DATED: 14 September 2007 , at Honolulu, Hawaii.

SIGNED: REDACTED
/FOREPERSON/

Activity in Case 1:02-cr-00225-DAE USA v. Yip, et al Jury Verdict



**Subject:** Activity in Case 1:02-cr-00225-DAE USA v. Yip, et al Jury Verdict
**From:** hid_resp@hid.uscourts.gov
**Date:** Mon, 17 Sep 2007 14:52:57 -1000
**To:** hawaii_cmecf@hid.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### District of Hawaii - CM/ECF V3.04 (3/07)

### Notice of Electronic Filing

The following transaction was entered on 9/17/2007 at 2:52 PM HST and filed on 9/14/2007
**Case Name:**       USA v. Yip, et al
**Case Number:**    1:02-cr-225
**Filer:**
**Document Number:** 284

**Docket Text:**
JURY VERDICT *(foreperson's signature redacted)* as to Andy S.S. Yip (1) Guilty on Count 1ss,9ss,10ss-11ss. (afc)

**1:02-cr-225-1 Notice has been electronically mailed to:**
Howard K.K. Luke   howardkkluke@hawaii.rr.com
Leslie E. Osborne, Jr   les.osborne@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov, gloria.parker@usdoj.gov
Howard T. Chang   howardchang.crimtaxatty@hawaiiantel.net

**1:02-cr-225-1 Notice will not be electronically mailed to:**

David M. Hayakawa
Law Office of Howard K K Luke
841 Bishop St Ste 2022
Honolulu, HI 96813

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=9/17/2007] [FileNumber=350284-0]
[b14c6e3443a09188057fc870be97ddb34d89f813e1aa7c5e7ec3e6b4ce8f943a4358
9e25411a45d96f991aaf7327217c92edfd63f3761817fc00263702685fd1]]