# Exhibit 3

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 14 2007

at 4 o'clock and 90 min P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225 DAE |
| Plaintiff, | ) | VERDICT |
| vs. | ) | |
| ANDY S.S. YIP,      (01) | ) | |
| BRENDA M.O. CHUNG,  (02) | ) | |
| Defendant. | ) | |

## VERDICT

We, the jury, in the above-entitled cause, find the Defendant, BRENDA M.O. CHUNG:

**AS TO COUNT 1**

___✓___ Not Guilty.          _____ Guilty.

**AS TO COUNT 2**

___✓___ Not Guilty.          _____ Guilty.

**AS TO COUNT 3**

___✓___ Not Guilty.          _____ Guilty.

DATED: 14 September _____, at Honolulu, Hawaii.

SIGNED: REDACTED
FOREPERSON

Subject: Activity in Case 1:02-cr-00225-DAE USA v. Yip, et al Jury Verdict
From: hid_resp@hid.uscourts.gov
Date: Mon, 17 Sep 2007 14:55:59 -1000
To: hawaii_cmecf@hid.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Hawaii - CM/ECF V3.04 (3/07)

### Notice of Electronic Filing

The following transaction was entered on 9/17/2007 at 2:55 PM HST and filed on 9/14/2007
**Case Name:**      USA v. Yip, et al
**Case Number:**    1:02-cr-225
**Filer:**
**Document Number:** 285

**Docket Text:**
JURY VERDICT *(foreperson's signature redacted)* as to Brenda M.O. Chung (2) - Not Guilty on Counts 1, 2, 3. (afc)

**1:02-cr-225-2 Notice has been electronically mailed to:**
Howard K.K. Luke  howardkkluke@hawaii.rr.com
Leslie E. Osborne, Jr  les.osborne@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov, gloria.parker@usdoj.gov
Howard T. Chang  howardchang.crimtaxatty@hawaiiantel.net

**1:02-cr-225-2 Notice will not be electronically mailed to:**

David M. Hayakawa
Law Office of Howard K K Luke
841 Bishop St Ste 2022
Honolulu, HI 96813

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=9/17/2007] [FileNumber=350299-0]
[1ec33d9c40890277c8fdd6a9cd8f037718cdbe73dcd39d22aa106d02742cf10f7315
9828ad5accddca792532137892a2afdc3a2f0d19e21bcdd53153ab352635]]