IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02-00225 (1)  DAE |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| ) | |
| vs. ) | |
| ) | |
| ANDY S.S. YIP,           (01) ) | |
| BRENDA M.O. CHUNG        (02) ) | |
| ) | |
| Defendants. ) | |
| ) | |

DECLARATION OF COUNSEL

I, HOWARD T. CHANG, hereby declare under penalty of perjury that the following information is true and correct to the best of my knowledge:

1. I am an attorney with the law firm of Howard T. Chang, Attorney at Law, A Law Corporation, the counsel of record for Defendant Andy Yip in the above-mentioned case, and am duly authorized to make this declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Second Superseding Indictment filed herein on December 3, 2003.

3. Attached hereto as Exhibit 2 is a true and correct copy of Verdict as to Defendant Andy S.S. Yip filed herein on September 14, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of Verdict as to Defendant Brenda M.O. Chung filed herein on September 14, 2007.

DATED: Honolulu, Hawaii, _____September 21, 2007_____.

_____
HOWARD T. CHANG