IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225 (01) DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDY S.S. YIP,         (01) | ) | |
| BRENDA M.O. CHUNG (02), | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER GRANTING LATE FILING OF THE GOVERNMENT'S OPPOSITION TO DEFENDANT YIP'S MOTION FOR JUDGMENT NOTWITHSTANDING THE VERDICT AS TO COUNT 1 AND ORDER CONTINUING HEARING

This court hereby GRANTS the Government's Ex Parte Motion to Permit Late Filing of the Government's Opposition to Defendant Yip's Motion for Judgment Notwithstanding the Verdict as to Count 1 filed on October 17, 2007, and continues the hearing from October 22, 2007, to October 29, 2007, at 11:15 a.m.  The Government shall file its opposition to Defendant Yip's motion on or

before October 22, 2007, and Defendant Yip's reply shall be due on October 25, 2007, at noon.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 18, 2007.



_____
David Alan Ezra
United States District Judge

<u>United States v. Andy S.S. Yip, et al.</u>, CR No. 02-00225 (01) DAE; ORDER GRANTING LATE FILING OF THE GOVERNMENT'S OPPOSITION TO DEFENDANT YIP'S MOTION FOR JUDGMENT NOTWITHSTANDING THE VERDICT AS TO COUNT 1 AND ORDER CONTINUING HEARING