**EXHIBIT 3**

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF HAWAII

3

4    UNITED STATES OF AMERICA,        )   CRIMINAL NO. 02-00225DAE
                                       )
5            Plaintiff,                )   Honolulu, Hawaii
                                       )   September 5, 2007
6        vs.                           )   9:06 a.m.
                                       )
7    (01) ANDY S. S. YIP,             )   FURTHER JURY TRIAL
     (02) BRENDA M. O. CHUNG,         )   (CONTINUED TESTIMONY OF
8                                      )     ERIKO DMITROVSKY
             Defendants.               )     & RONALD LEE)
9    _____  )

10              PARTIAL TRANSCRIPT OF JURY TRIAL
           BEFORE THE HONORABLE DAVID ALAN EZRA
11              UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13   For the Government:        LESLIE E. OSBORNE, JR., ESQ.
                                Office of the United States Attorney
14                              PJKK Federal Building
                                300 Ala Moana Blvd., Suite 6100
15                              Honolulu, Hawaii  96850

16   For Defendant Yip:         HOWARD T. CHANG, ESQ.
                                Howard T. Chang, AAL, ALC
17                              Suite 475 Pauahi Tower
                                1003 Bishop Street
18                              Honolulu, Hawaii  96813

19   For Defendant Chung:       HOWARD K. K. LUKE, ESQ.
                                Law Office of Howard K. K. Luke
20                              Davies Pacific Center
                                841 Bishop Street, Ste. 2022
21                              Honolulu, Hawaii  96813

22   Official Court             Cynthia Fazio, RMR, CRR
     Reporter:                  United States District Court
23                              P.O. Box 50131
                                Honolulu, Hawaii 96850
24

25   Proceedings recorded by machine shorthand, transcript produced
     with computer-aided transcription (CAT).

1    impossible --

2    Q    Okay.

3    A    -- to bring back to the states, even 35 francs it's --

4    Q    But the sum $350,000, that's an amount that you had wired

5    to somebody in March of 1996, right?

6    A    Yes, I did.  Yes.

7    Q    And that was from your Smith Barney account?

8    A    Yes.

9    Q    And so isn't it true that you were using that 350,000 wire

10   as, say, a cover, something to support the loan?

11   A    No, this is --

12   Q    Is that what you were doing?

13   A    No, this is just money between -- for investment.

14   Q    But your idea was to use that wire as support for this

15   loan to Mr. Yip?

16   A    No.

17   Q    You deny that?

18   A    No.  Never.

19   Q    Never do it?

20   A    Never.

21   Q    Let me ask you this:  How long have you known Mr. Yip?

22   A    Maybe since 1990 -- after my husband passed away.  So must

23   be late '94, '95.  But I don't remember.

24   Q    Okay.  And over the years, at least when you were in

25   Honolulu, you do see him quite often, right?



1    A    Not quite often.

2    Q    Once a month?

3    A    I -- I never saw Mr. Yip just the two of us.  With Brenda.

4    Q    Never saw Mr. --

5    A    So, I don't remember how often.  Sometimes he showed up

6    for lunch or sometimes he showed up for dinner, but I never

7    called him.  I never make any appointment with him.  So

8    definitely not often.

9    Q    Did you ever have lunch just with you and Mr. Yip

10   together?

11   A    Never.

12   Q    Did you have dinner with Mr. Yip just you and him

13   together?

14   A    Never.

15   Q    Okay.  So you never had these -- never had a lunch or

16   dinner with him at the Halekulani Hotel?

17   A    Two?  No.

18   Q    Just the two of you?

19   A    No, never.

20   Q    All right.  Do you recall purchasing in 1998, an 18-karat

21   gold ballerina black pearl ring with marquis diamonds from

22   Mr. Yip?

23   A    Purchased?  No.

24   Q    You don't recall purchasing it?

25   A    No.

*3*

1    Q    Did you -- did you receive such an item?

2    A    Yes.

3    Q    From Mr. Yip?

4    A    Yes.

5    Q    And was that a gift to you?

6    A    Yes.

7    Q    And did he tell you it was a gift?

8    A    Yes.

9    Q    Now, tell me something, did -- have you ever told

10   Mr. Miki, of the IRS, that you received this gift from Mr. Yip?

11   A    No.

12   Q    Did you ever tell Mr. Osborne that?

13   A    No.

14   Q    Did you tell the previous Assistant U.S. Attorney

15   Mr. Recktenwald that?

16   A    No.

17   Q    Okay.

18        MR. CHANG:  Your Honor, I have nothing further of the

19   witness.

20        THE COURT:  All right.  Mr. Osborne?

21        MR. OSBORNE:  Thank you, Your Honor.

22                    REDIRECT EXAMINATION

23   BY MR. OSBORNE:

24   Q    Ms. Dmitrovsky, you did meet with both defendants at the

25   Halekulani Hotel; is that right?

4