**EXHIBIT 4**

Yip
4512
1040

26 July 1998

D-866
EL
9-23-98

Mr. Emerald Libird
IRS
300 ALA MOANA BLVD.
NO. 50089
HONOLULU HI., 96850

Dear Mr. Emerald Libird,

Please find the informations you need regarding the funds that I loaned to Mr. Andy Yip.

    Total amount: US$ 350.000
    Year: between 1995 and 1996
        numerous times
        Each time, the amount was different and I don't have any detailed record.
    Format: through foreign currency, by cash, and also through third party

Because of my frequent travelling and our friendship, I did not do it like as business.

I hope my information above would help your work.

Sincerely yours,

E. D.

ERIKO DMITROVSKY

District Director of Internal Revenue
RECEIVED
JUL 29 1998
EXAMINATION DIVISION
PACIFIC-NORTHWEST
FE: 005

GOVERNMENT
EXHIBIT
31

000000264



District Director of Internal Revenue
JUL 29 1998
PACIFIC NORTHWEST
MAILROOM - HONOLULU

HONOLULU HI 968 PM JUL 1998

IRS
300 ALA MOANA BLVD
No. 50085
HONOLULU, HI., 96850

MS. EMERALD LIBIRD
96850/4392

ATTN: M.S.H. 166

Mrs. Eriko Dmitrovsky
1221 Victoria St #1904
Honolulu, HI 96814
U.S.A.