EXHIBIT 6

D-655
EL
3-2-98

9512
1040

$ 50,000.00 December , 19 95

At the times stated after date, for value received Andy Yip promise to pay to Eriko Dmitrovsky or order at ______ the sum of Fifty Thousand and 00/xx Dollars with interest at the rate of Seven per cent per Year from date, until paid, interest payable ______ and if not so paid to be compounded ______, and bear the same rate of interest as the principal; and should the interest not be paid ______ then the whole sum of principal and interest shall become immediately due and payable at the option of the holder of this note. Principal and interest payable in lawful money of the United States. This note is payable in installments of $______ each ______ payable upon the ______ day of each ______ calendar month subsequent to the date hereof, ______ default in the payment of any installment when due shall cause the whole note, principal and interest, to become immediately due and payable. Should suit be commenced to enforce the payment of this Note, ______ agree to pay additional sum of ______ per cent on principal, as attorney's fees in such suit.

Copy

NOTE—INSTALLMENT—ATTORNEY FEES—WOLCOTTS FORM 1464 (price class 7-1)

GOVERNMENT EXHIBIT 30
PENGAD-Bayonne, N. J.

000000253

Yip
9512
1040

D-660
EL
3-2-98

$ 50,000 AUGUST 31, 19 95

At the times stated after date, for value received Andy Yip promise to pay to Eriko Dmitrovsky or order at ______ the sum of ***Fifty Thousand and No/00*** Dollars with interest at the rate of Seven per cent per Year from date, until paid, interest payable ______ and if not so paid to be compounded ______, and bear the same rate of interest as the principal; and should the interest not be paid ______ then the whole sum of principal and interest shall become immediately due and payable at the option of the holder of this note. Principal and interest payable in lawful money of the United States. This note is payable in installments of $ ______ each ______ payable upon the ______ day of each ______ calendar month subsequent to the date hereof, ______ default in the payment of any installment when due shall cause the whole note, principal and interest, to become immediately due and payable. Should suit be commenced to enforce the payment of this Note, ______ agree to pay additional sum of ______ per cent on principal, as attorney's fees in such suit.

[signature]

Copy

NOTE—INSTALLMENT—ATTORNEY FEES—WOLCOTTS FORM 1464 (price class 7-11)

Yip
9512
1040

D-665
EL
3-2-98

$ 50,000 JUNE 30, 19 95

At the times stated after date, for value received ANDY YIP promise to pay to ERIKO DMITROVSKY or order at ______ the sum of FIFTY THOUSAND AND NO/00 Dollars with interest at the rate of SEVEN per cent per YEAR from date, until paid, interest payable ______ and if not so paid to be compounded ______, and bear the same rate of interest as the principal; and should the interest not be paid ______ then the whole sum of principal and interest shall become immediately due and payable at the option of the holder of this note. Principal and interest payable in lawful money of the United States. This note is payable in installments of $______ each ______ payable upon the ______ day of each ______ calendar month subsequent to the date hereof, ______ default in the payment of any installment when due shall cause the whole note, principal and interest, to become immediately due and payable. Should suit be commenced to enforce the payment of this Note, ______ agree to pay additional sum of ______ per cent on principal, as attorney's fees in such suit.

[signature]

Copy

NOTE—INSTALLMENT—ATTORNEY FEES—WOLCOTTS FORM 1464 (price class 7-1)

D-675
EL
3-2-98

J.U.
9512
1010

$100,000.00 March 31, 19 95

At the times stated after date, for value received Andy Yip promise to pay to Eriko Dmitrovsky or order at ----- the sum of One Hundred Thousand and No/00 Dollars with interest at the rate of Seven per cent per Year from date, until paid, interest payable ------ and if not so paid to be compounded ----- , and bear the same rate of interest as the principal; and should the interest not be paid ---- then the whole sum of principal and interest shall become immediately due and payable at the option of the holder of this note. Principal and interest payable in lawful money of the United States. This note is payable in installments of $ ----- each ----- payable upon the ---- day of each ---- calendar month subsequent to the date hereof, ---- default in the payment of any installment when due shall cause the whole note, principal and interest, to become immediately due and payable. Should suit be commenced to enforce the payment of this Note, ____ agree to pay additional sum of ____ per cent on principal, as attorney's fees in such suit.

[signature]

copy

NOTE—INSTALLMENT—ATTORNEY FEES—WOLCOTTS FORM 1464 (price class 7-11)