**EXHIBIT 7**

Andy Yip
9512
1040

D-862
EL
9-23-96

$100,000.                                           FEB                    19 96

At the times stated after date, for value received_____
promise to pay to         ERIKO DMITROVSKY
or order at_____the sum of
ONE HUNDRED THOUSAND                                         Dollars
with interest at the rate of          7 %      per cent per _____from
date, until paid, interest payable            N/A           and if not so paid to
be compounded                  N/A                          and bear the same
rate of interest as the principal; and should the interest not be paid_____
then the whole sum of principal and interest shall become immediately due and payable at the option of the holder of this note. Principal
and interest payable in lawful money of the United States. This note is payable in installments of $    N/A
each_____payable upon
the_____day of each_____calendar month subsequent
to the date hereof,_____
default in the payment of any installment when due shall cause the whole note, principal and interest, to become immediately due and
payable. Should suit be commenced to enforce the payment of this Note, _____ agree to pay additional sum of
_____per cent on principal, as attorney's fees in such suit.

GOVERNMENT
EXHIBIT
32D

NOTE—INSTALLMENT—ATTORNEY FEES—Wolcotts Form 1484

000000261