**EXHIBIT 8**



000000283