**EXHIBIT 9**

Andy & Wai Lin Yip
Bank Deposits

Andy Yip
BOH
A/C 0015-731391

| Date | (1) Foreign Exchange | (2) A/C Callen | (3) A/V Sweetheart | (4) W.L. Yip BOH 11-748925 | (5) Cash | (11) Other Credits |
|---|---|---|---|---|---|---|
| 6/1/95 | | | | | | |
| 5/17/95 | | 510,000 | 240,313 | | | |
| 5/12/95 | | 995,000 | | | | |
| 5/8/95 | | 1,277,000 | | | | |
| 4/30/95 | 1,473,900 | 5,000 | | | | |
| 3/8/95 | | 5,000 | | | | 65,845.63 Stanford 00,855 |
| 2/3/95 | | 5,000 | | | | 65,845 |
| 2/2/95 | | 300,000 | | | | 65,845 Miles |
| 2/1/95 | | 520,000 | | | | 65,845 |
| 1/30/95 | | 5,000 | 20,000 | | | 3,000 Friedman |
| 1/28/95 | | 20,000 | 50,000 | 80,000 | | 30,000 JoHan Yedor Chan |
| 1/26/95 | | 5,000 | 20,000 | | | 300,000 |
| 1/25/95 | | | 40,000 | | | 60,000 Yip Ent. |
| 1/23/95 | | | | | | 30,000 |
| 10/26/95 | 10/26 avd | | | | | 20,000 |
| 12/20/95 | | | 5,000 | | | 5,000 TF/JT |
| 5/3/99 | 200,000 | | | | 30,000 | |
| 2/12/01 | Exch 3 | | | 80,000 | 20,000 | |

Totals: 1,673,900 | | | 80,000 | 70,000 | 15,184,551

Office Credit

GOVERNMENT EXHIBIT 40

000000284