**EXHIBIT 10**

Andy & Wai Lin Yap
cash deposit

Account: Wai Lin Yap
0097080985

| Date | (1) B of H | (2) City Bank | (3) Foreign Exchange | (4) Germany | (5) A+E Customs | (6) | (11) |
|---|---|---|---|---|---|---|---|
| 1/9/95 | | | 119,000 | | | | |
| 2/12/95 | | | 130,000 | | | | |
| 3/9/95 | | | 140,000 | | | | |
| 3/1/95 | | | 220,000 | | | | |
| 5/1/95 | | | 363,800 | | | | |
| 5/1/95 | | | 919,344 | | | 340,000 | |
| 5/3/95 | | | 197,100 | | | 860,000 | 543,000 Calif Force |
| 5/5/95 | | | 471,000 | | | | 89,175.00 Calif |
| 5/15/95 | | | 100,000 | | | | |
| 5/18/95 | | | 10,000.00 | | | | |
| 6/5/95 | | | 724,170 | | | | |
| 8/4/95 | | | 100,000 | | | | |
| 8/7/95 | | | 100,000 | | | | |
| 9/2/95 | | | 60,000 | | | | 116,600 |
| 9/1/95 | | | | | 2,200.00 | | 100,000 |
| 10/1/95 | 983,500.00 | | | | | | |
| 10/1/95 | | | | | | | |
| 10/13/95 | | | | | 17,000.00 | | 85,160 |
| 11/10/95 | | | | | | | |
| 11/17/95 | | | 500,000 | | | | 128,586 |
| 11/29/95 | | | 1,000,000 | | | | |
| 11/13/95 | Cost Sent | | | | | | |
| 12/12/95 | 633,000 (100,000) | | | | | | 1,000,000 |
| | | | | | | | |
| 5/16/95 396 | -10,000.00 | Exch 1537,1134 | 11,810,000 25,000.00 | | | 1,963,544 |


GOVERNMENT
EXHIBIT
41
PENGAD-Bayonne, N.J.

000000285