EXHIBIT 11

D-920
EWL
5-2-99

Andy & Wai Lin Yip
Bank Deposits

P. 1

| A/C Wai Lin Yip BOH 0059708985 | (1) Loan fr BOH | (2) | (3) Foreign Exchange | (4) Currency | (5) ADE Creation | (6) AY Investments | (7) Andy Yip BOH 19-731391 | (8) | (9) | (10) | (11) Other ck dep | (12) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/25/96 | | | | | 10000.00 | | | | | | | |
| 1/26/96 | | | | | | | | | | | 21500.00 | BOH [illegible] |
| 2/1/96 | | | | | 3000.00 | | | | | | | |
| 2/9/96 | | | 10000.00 | | | | | | | | | |
| 2/9/96 | | | | | 3000.00 | | | | | | | |
| 2/12/96 | | | | | | 10000.00 | | | | | | |
| 2/5/96 | | | | | | | | | | | 10000.00 | [illegible] |
| 2/21/96 | | | 10000.00 | | | | | | | | | |
| 2/23/96 | | | 10000.00 | | | | | | | | | |
| 2/29/96 | | | 4000.00 | | | | | | | | | |
| 3/1/96 | | | 5786.00 | | | | | | | | 1700.00 | MD |
| 3/4/96 | | | 5800.00 | | | | | | | | | |
| 3/6/96 | | | | | | | | | | | 13665.75 | BOH exchange |
| 3/7/96 | 7425.00 | | | | | | | | | | | |
| 3/15/96 | | | 10000.00 | | | | | | | | | |
| 3/22/96 | | | 2878.00 | | | | | | | | | |
| 3/27/96 | | | 1500.00 | | | | | | | | | |
| 4/1/96 | | | | | | 5000.00 | | | | | | |
| 4/4/96 | | | | | | 10000.00 | | | | | | |
| 4/8/96 | 7200.00 | | | | | | | | | | | |
| 4/29/96 | | | 14000.00 | | | | | | | | | |
| 5/2/96 | | | 11000.00 | | | | | | | | | |
| 5/9/96 | | | 13500.00 | | 20000.00 | 10000.00 | | | | | 238.69 | RSJ-[illegible] |
| 5/14/96 | | | 3770.00 | | | | | | | | | |
| 5/15/96 | | | | 2000.00 | | | | | | | | |
| 5/21/96 | | | | | | 5000.00 | | | | | | |
| 5/23/96 | 5805.00 | | | | | | | | | | | |
| 6/5/96 | | | 5000.00 | | | | | | | | | |
| 6/10/96 | | | 10000.00 | | | | | | | | | |
| 6/14/96 | | | 10000.00 | | | | | | | | | |
| 7/8/96 | | | | | | | | | | | 6048.00 | BOH exchange |
| | 20430.00 | | [illegible] | 2000.00 | 36000.00 | 40000.00 | | | | | [illegible] | |

Burroughs Hadley Form H512 Buff - Form G512 Green

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

GOVERNMENT EXHIBIT 38
PENGAD-Bayonne, N. J.

Andy & Wai Lin Yip
Bank deposit

p. 2

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

D-E 921
5-3-99

| A/C Wai Lin Yip BOH 0019708985 | (1) Loan fr BOH | (2) | (3) Foreign Exchange | (4) Currency | (5) A & E Creation | (6) AF Investment | (7) Andy Yip acct 14-23391 | (8) | (9) | (10) | (11) Other ck deposits | (12) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance brought forward | 204300.00 | | 164636.00 | 2000.00 | 36000.00 | 40000.00 | | | | | 53222.44 | |
| 7/22/96 | | | 5000.00 | | | | | | | | | |
| 7/26/96 | 41400.00 | | | | | | | | | | | |
| 7/31/96 | | | 5000.00 | | | | | | | | | |
| 8/2/96 | | | 5000.00 | | | | | | | | 364.50 | BOH [illegible] |
| 8/6/96 | | | 8071.00 | | | 20000.00 | 5000.00 | | | | | |
| 8/8/96 | | | | | | 5000.00 | | | | | | |
| 8/9/96 | | | 3444.00 | | | | | | | | | |
| 8/15/96 | | | 3195.00 | | | | | | | | 90.00 | AT&T |
| 8/19/96 | | | 3000.00 | | | | | | | | 2701.19 | [illegible] |
| 8/20/96 | | | 4420.00 | | | | | | | | | |
| 8/21/96 | | | 3911.00 | | | | | | | | | |
| 8/23/96 | 55000.00 | | | | | | | | | | | |
| 8/22/96 | | | | | | | | | | | 1867.19 | Theo-Davi[illegible] |
| 9/6/96 | | | 7700.00 | 2300.00 | | | | | | | | |
| 9/9/96 | | | 3871.00 | | | 4000.00 | | | | | | |
| 9/10/96 | | | 2658.00 | 862.00 | | | | | | | | |
| 9/19/96 | | | 10000.00 | | | | | | | | | |
| 9/25/96 | | | 7000.00 | | | | | | | | | |
| 10/2/96 | 44000.00 | | | | | | | | | | | |
| 10/11/96 | | | 5000.00 | | | | | | | | | |
| 10/14/96 | | | 2880.00 | | | | | | | | | |
| 10/21/96 | | | 10000.00 | | | | | | | | | |
| 10/23/96 | | | 7000.00 | | | | | | | | | |
| 10/28/96 | | | 19700.00 | 1300.00 | | 10000.00 | | | | | | |
| 11/1/96 | | | 6000.00 | | | | | | | | | |
| 11/12/96 | | | | | | 10000.00 | | | | | | |
| 11/20/96 | | | | | 10000.00 | | | | | | | |
| 11/25/96 | | | | | 5000.00 | | | | | | | |
| 12/2/96 | | | | | 15000.00 | | | | | | | |
| | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | [illegible] | |

Burroughs Business Forms Hadley
Form H512 Buff - Form G512 Green

Andy & Wai Lin Yip
Bank Deposits

P. 3

| | Initials | Date |
|---|---|---|
| Prepared By | | |
| Approved By | | |

D-922
8/21
5-3-99

| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A/C Wai Lin Yip BOH 0019708985 | Loan fr BOH | | Foreign Exchange | Currency | A&E Creations | AY Investments | Andy Yip BOH 19-731391 | | | | Other Ch deposits | |
| Balance brought forward | 34470000 | | 2847900 | 646200 | 6600000 | 8900000 | 500000 | | | | 5829532 | |
| | | | | | | | | | | | | |
| 12/6/96 | | | | | 2100000 | | | | | | | |
| 12/8/96 | | | | | | 1200000 | | | | | | |
| 12/11/96 | | | 400000 | | | | | | | | | |
| 12/19/96 | | | | | 1000000 | | | | | | | |
| 12/26/96 | | | 500000 | | | 2000000 | | | | | | |
| A1 4 886.22 | 34470000 | | 3747900 | 646200 | 9700000 | 12100000 | 500000 | | | | 5829532 | |

000000281