# MINUTES

CASE NUMBER:     CR 02-00225DAE

CASE NAME:       USA v. (01)Andy S.S. Yip

ATTYS FOR PLA:   Les Osborne, Jr.

ATTYS FOR DEFT:  Howard T. Chang

INTERPRETER:

JUDGE:   David Alan Ezra           REPORTER:   Cynthia Fazio

DATE:    11/13/2007                TIME:       9:00am-9:15am

COURT ACTION: EP: [288] MOTION for Judgment notwithstanding the Verdict as to Count 1.

Defendant present, not in custody.

[288] MOTION for Judgment notwithstanding the Verdict as to Count 1-DENIED.

Court to issue order.

Submitted by: Theresa Lam, Courtroom Manager