ORIGINAL

HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 475 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877
E-Mail:
howardchang.crimtaxatty
    @hawaiiantel.net

Attorney for Defendant
ANDY S.S. YIP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 15 2007

at 12 o'clock and 40 min P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>ANDY S.S. YIP,    (01)<br>BRENDA M.O. CHUNG  (02)<br><br>        Defendants. | CR. NO. CR02-00225 (01) DAE<br><br>EX PARTE MOTION FOR REOPENING OF THE PROCEEDINGS ON DEFENDANT YIP'S MOTION FOR JUDGMENT NOTWITHSTANDING VERDICT AS TO COUNT I; DECLARATION OF HOWARD T. CHANG; EXHIBITS A - B; DECLARATION OF BARBARA N. SANO; CERTIFICATE OF SERVICE |

EX PARTE MOTION FOR REOPENING OF THE PROCEEDINGS ON DEFENDANT
YIP'S MOTION FOR JUDGMENT NOTWITHSTANDING VERDICT AS TO COUNT I

Defendant Andy S.S. Yip, by and through his undersigned attorney, hereby moves this Court, pursuant to Rule 47 of the Federal Rules of Criminal Procedure and the Fifth Amendment to the U.S. Constitution, for an Order Reopening the Proceedings on Defendant Andy S.S. Yip's Motion for Judgment Nothwithstanding Verdict as to Count 1.

The purpose of this motion is to allow counsel for Defendant Yip the opportunity of preparing and filing a written memorandum to respond to the arguments and factual recitations contained in Government's Supplementary Opposition Memorandum to Defendant Yip's Motion for Judgment Nowtwithstanding The Verdict as to Count I, filed October 26, 2007.  The Supplementary Opposition was never received by the undersigned counsel from the United States Attorney.  In fact, the undersigned first became aware that the Government had filed a second memoranda in these proceedings when he reviewed a copy of the Court's Order, filed November 13, in which there was reference on page 2 thereof to the Government's October 26 supplemental opposition.

This motion is based upon the record and files herein, the Declaration of Howard T. Chang, the attached Declaration of Barbara N. Sano and any further arguments offered at any hearing on this motion.

DATED:  Honolulu, Hawaii, _____November 15, 2007_____.


_____
HOWARD T. CHANG
Attorney for Defendant
ANDY S.S. YIP