# Exhibit A

## Howard T. Chang

**From:** <hid_resp@hid.uscourts.gov>
**To:** <hawaii_cmecf@hid.uscourts.gov>
**Sent:** Friday, September 21, 2007 3:19 PM
**Subject:** Activity in Case 1:02-cr-00225-DAE USA v. Yip, et al Notice of Hearing on Motion

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Hawaii - CM/ECF V3.04 (3/07)

### Notice of Electronic Filing

The following transaction was entered on 9/21/2007 at 3:19 PM HST and filed on 9/21/2007
**Case Name:** USA v. Yip, et al
**Case Number:** 1:02-cr-225
**Filer:**
**Document Number:** 289(No document attached)

**Docket Text:**
NOTICE OF HEARING ON MOTION in case as to Andy S.S. Yip [288] MOTION for Judgment NOV, by Andy S.S. Yip. Motion Hearing set for 10/22/2007 11:15 AM before JUDGE DAVID ALAN EZRA. (tl, )


**1:02-cr-225-1 Notice has been electronically mailed to:**
Howard K.K. Luke  howardkkluke@hawaii.rr.com
Leslie E. Osborne, Jr  les.osborne@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov, gloria.parker@usdoj.gov
Howard T. Chang  howardchang.crimtaxatty@hawaiiantel.net

**1:02-cr-225-1 Notice will not be electronically mailed to:**

David M. Hayakawa
Law Office of Howard K K Luke
841 Bishop St Ste 2022
Honolulu, HI 96813

9/24/2007