IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00225 (01) DAE |
| | ) | |
| Plaintiff, | ) | DECLARATION OF BARBARA N. SANO |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDY S.S. YIP,       (01) | ) | |
| BRENDA M.O. CHUNG    (02) | ) | |
| | ) | |
| Defendants. | ) | |

DECLARATION OF BARBARA N. SANO

I, BARBARA N. SANO, hereby declare under penalty of perjury that the following information is true and correct to the best of my knowledge:

1. I am the legal assistant for the law firm of Howard T. Chang, Attorney at Law, A Law Corporation.

2. I have been employed in said position since February 1995.

3. One of my duties is to send, receive and print out all e-mail messages addressed to Howard Chang concerning his cases.

4. No e-mail was received by this office on October 26, 2007 in the above-entitled case from the Court or from Leslie Osborne.

5. The October 26, 2007 e-mail and attachment was provided to our office by Defendant Brenda Chung's attorney, Howard

111507
yip 4\Ex Parte Motion Reopen.wpd                    7

Luke's office on November 13, 2007, after request by this office and also obtained from the Court's EM-ECF / Pacer link.

DATED: Honolulu, Hawaii, __November 15, 2007__.

_____
BARBARA N. SANO