EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  les.osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225DAE (01) |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S STATEMENT |
| | ) | REGARDING MOTION FOR REOPENING |
| vs. | ) | OF THE PROCEEDINGS ON |
| | ) | DEFENDANT YIP'S MOTION FOR |
| ANDY S.S. YIP, | ) | JUDGMENT NOTWITHSTANDING |
| | ) | VERDICT AS TO COUNT 1; |
| | ) | EXHIBIT 1; CERTIFICATE OF |
| Defendant. | ) | SERVICE |
| _____ | ) | |

GOVERNMENT'S STATEMENT REGARDING MOTION FOR REOPENING
OF THE PROCEEDINGS ON DEFENDANT YIP'S MOTION FOR
<u>JUDGMENT NOTWITHSTANDING VERDICT AS TO COUNT 1</u>

The files and records of this case show that on

October 26, 2007, at 3:49 p.m., counsel for Defendant ANDY S. S.

YIP was served electronically with the pleadings he now claims he did not receive.  See Exhibit 1 annexed hereto.

        DATED:  Honolulu, Hawaii, November 16, 2007.

                        Respectfully submitted,

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii


                        By <u>/s/ Leslie E. Osborne, Jr.</u>
                            LESLIE E. OSBORNE, JR.
                            Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

**Served Electronically through CM/ECF:**

Howard T. Chang     howardchang.crimtaxatty@hawaiiantel.net

Attorney for Defendant ANDY S. S. YIP (01)

DATED:  Honolulu, Hawaii, November 16, 2007.

/s/ Shelli Ann H. Mizukami