**Other Documents**
1:02-cr-00225-DAE USA v. Yip, et al

## U.S. District Court

## District of Hawaii - CM/ECF V3.04 (3/07)

## Notice of Electronic Filing

The following transaction was entered by Moriyama, Rachel on 10/26/2007 at 3:49 PM HST and filed on 10/26/2007

**Case Name:**       USA v. Yip, et al
**Case Number:**     1:02-cr-225
**Filer:**           USA
**Document Number:** 295

**Docket Text:**
Supplement *Government's Supplementary Opposition to Defendant Yip's Motion for Judgment Notwithstanding the Verdict as to Count 1 and Certificate of Service* by USA as to Andy S.S. Yip (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4# (5) Exhibit 5# (6) Exhibit 6# (7) Exhibit 7# (8) Exhibit 8# (9) Exhibit 9# (10) Exhibit 10# (11) Exhibit 11# (12) Exhibit 12) (Moriyama, Rachel)

**1:02-cr-225-1 Notice has been electronically mailed to:**

Howard T. Chang     howardchang.crimtaxatty@hawaiiantel.net

Howard K.K. Luke     howardkkluke@hawaii.rr.com

Leslie E. Osborne , Jr     les.osborne@usdoj.gov, gloria.parker@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov

**1:02-cr-225-1 Notice will not be electronically mailed to:**

David M. Hayakawa
Law Office of Howard K K Luke
841 Bishop St Ste 2022
Honolulu, HI 96813

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/26/2007] [FileNumber=376152-0
] [2c5f89ac255876da65e9c1d7d11cf469a7a48903d924ca12071a885f9c88025f91f
ae03bc635794940556154f7215cb050b4afcbdb8063f90fb635fa84e602ee]]

# EXHIBIT 1

https://ecf.hid.uscourts.gov/cgi-bin/Dispatch.pl?574748425249018                    10/26/2007

**Document description:**Exhibit 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/26/2007] [FileNumber=376152-1
] [9bea8598505d7b7683b476740ad52e67af0108e44c11ab36e39c29096607a624daa
0843d25fbb43523f417f0d770e66e5e408b3b1d890c2e74240f145e0f2a55]]
**Document description:**Exhibit 2
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/26/2007] [FileNumber=376152-2
] [b609be66187f36e99c39c4497aad6859b3190503e0f07efb179b5e22c3231f22a99
3d80f54aa794ae05eeca53478c3ac91531044a254c5b673f196a29e802e27]]
**Document description:**Exhibit 3
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/26/2007] [FileNumber=376152-3
] [166a46af142b7b2f5216a11a2671793d0639c2d30d359898eca57ff25e4bbfb1de9
8df97bff7e207c3e1a2b3a458214ba9d59c89ff8a60bd36a42e26f562ea66]]
**Document description:**Exhibit 4
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/26/2007] [FileNumber=376152-4
] [39723f606d1524f7ca7604e46f55e41fbf8379a04b4105186754615db2e5661e800
2b54ecb54c74018cb4db00c21b91471569a12acb1dd6bf2991ed5dfbcbbbc]]
**Document description:**Exhibit 5
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/26/2007] [FileNumber=376152-5
] [8912eb1072149ed9f07c75a3f1eca30161e6d2d98b7759d0e3ca1a0d0e51c6242e0
69bd01f5d81a13f33026ded5f0487250a424ba08b96bde4cb112f18940ba8]]
**Document description:**Exhibit 6
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/26/2007] [FileNumber=376152-6
] [aec40b60dabbab066ae1a11b124d520b9f1c31706fb4c135ebb2aef03ecff035ad2
2c953307b0cf06516f56217c95dd5de58812ef913b508fa0c8b566219a4f8]]
**Document description:**Exhibit 7
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/26/2007] [FileNumber=376152-7
] [7d563a0a1848ba47cc56e766c9d74dbc8ec72364b481cedec9273ef207e9b8616fa
3c1ea39a09919ec3666ba75e26c5debccf7d334b8abfbb0c38fb1af7c904b]]
**Document description:**Exhibit 8
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/26/2007] [FileNumber=376152-8
] [4b152d7276e29f2115864e3fe7ae10baaf2de4d563a070f7010fa36c6fd92a6f319
04c664c07986745335830e2927f9fd3be719f3405108ff55c4aadb6545373]]
**Document description:**Exhibit 9
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1095854936 [Date=10/26/2007] [FileNumber=376152-9
] [7c506b05bbefe450b14b2cd7c13923d308146b40825e5eab210c711671a5087b4fe
e62a98c2d86f8e4471be622c24cac1d977440a1bf9593a13f2796fc36970f]]
**Document description:**Exhibit 10
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/26/2007] [FileNumber=376152-1
0] [781a6b8783831d513a653984e0f1c4b147d026f7a9ad440d62606bdac2b9625e95
6be4dcd699d8406a45be1510bca7a31e2b738e5be0f84d6106be06c2cde7f5]]
**Document description:**Exhibit 11
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/26/2007] [FileNumber=376152-1
1] [3ba4d9c3c364de7fbafd08aa3f2febc205f02be8dbde243ff4d77af9173b1d74f4
3329ba869fa35a5e1fcefe35374e931e2513188f4406aaf909c3c8bb26ec8b]]
**Document description:**Exhibit 12
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=10/26/2007] [FileNumber=376152-1
2] [4f6abb6a4ff78a52a7cd6c961a2ed70b5737b70263e51056c467aa733e7e5efab0
f7742a3331b474dbbc9d2d07522027698e60d920b74a4f6ac752b54e67621d]]