EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.,
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6100
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Les.Osborne@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225-01 DAE |
| | ) | |
| Plaintiff, | ) | AMENDED CERTIFICATE |
| v. | ) | OF SERVICE TO THE |
| | ) | SENTENCING STATEMENT OF |
| ANDY S.S. YIP, | ) | THE UNITED STATES FILED |
| | ) | ON FEBRUARY 1, 2008 |
| Defendant. | ) | |
| _____ | ) | |

AMENDED CERTIFICATE OF SERVICE TO THE SENTENCING
STATEMENT OF THE UNITED STATES FILED ON FEBRUARY 1, 2008

I hereby certify that the Sentencing Statement of the United States Filed on February 1, 2008 was mailed to the following:

HOWARD T. CHANG, ESQ.
Pauahi Tower
1003 Bishop Street, Suite 475
Honolulu, HI 96813

DATED:  February 21, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Leslie E. Osborne, Jr.
   LESLIE E. OSBORNE, JR.
   Assistant U.S. Attorney