IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>       Plaintiff, )<br>)<br>  vs. )<br>)<br>ANDY S.S. YIP,    (01) )<br>BRENDA M.O. CHUNG  (02) )<br>)<br>       Defendants. )<br>) | CR. NO. CR02-00225 DAE<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was duly served on the person(s) named below, in the manner described thereto, at their last known address on _____February 26, 2008_____:

|  | U.S. Mail | Hand Deliver |
|---|---|---|
| LESLIE E. OSBORNE, ESQ.<br>Asst. U.S. Attorney<br>6-100 PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850<br><br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA | | X |
| MONA L. GODINET<br>U.S. Probation Officer<br>300 Ala Moana Blvd #2-215<br>Honolulu, Hawaii 96850 | | X |

DATED:  Honolulu, Hawaii, _____February 26, 2008_____.


_____
HOWARD T. CHANG
Attorney for Defendant
ANDY S.S. YIP