IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00225 (01) DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDY S.S. YIP,          (01) | ) | |
| BRENDA M.O. CHUNG (02), | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER GRANTING DEFENDANT ANDY S.S. YIP'S
MOTION FOR CONTINUANCE OF SENTENCING

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing Defendant Yip's motion and the supporting and opposing memoranda, the Court GRANTS Defendant Yip's Motion for Continuance of Sentencing.

On August 10, 2007, Defendant entered a plea of guilty as to Counts 4, 5, 6, and 7 of the Superseding Indictment. On September 14, 2008, Defendant was convicted by a jury of the balance of the Counts. The sentencing in this case was originally set for February 11, 2008. The Government agreed to one

continuance of time to March 17, 2008, to allow Defendant additional time to prepare for sentencing.

On February 26, 2008, Defendant Yip filed the instant motion to continue sentencing. (Doc. # 311). Defendant seeks a continuance from March 18, 2008, to April 28, 2008. The Government filed its opposition on March 3, 2008, and Defendant filed his reply on March 4, 2008. Defendant argues that a continuance is necessary because he was provided with voluminous records regarding the computations for the tax loss on February 12, 2008. Defendant states that his consultant requires 30 days to review such records, in addition to trial records. Although the Government opposes a continuance, this Court GRANTS Defendant's motion. The sentencing is continued to April 28, 2008, at 3:00 p.m. Unless good cause is shown, this is the final continuance of the sentence.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 7, 2008.



_____
David Alan Ezra
United States District Judge

United States v. Yip, et al., CR No. 02-00225 (01) DAE; ORDER GRANTING DEFENDANT ANDY S.S. YIP'S MOTION FOR CONTINUANCE OF SENTENCING