EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Rm. 6-100
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA


                IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,      )    CR. NO. 02-00225 DAE
                               )
            Plaintiff,         )    ORDER FOR DISMISSAL
                               )
        vs.                    )
                               )
ANDY S.S. YIP,                 )
                               )
            Defendant.         )
_____)


                      ORDER FOR DISMISSAL

         Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of court endorsed hereon, the United

States Attorney for the District of Hawaii hereby dismisses Count

8 of the Second Superseding Indictment against Defendant Andy

S.S. Yip in the interests of justice.

         The defendant is not in custody on the dismissed

charge(s) listed above.

DATED:  May 2, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

/s/ Leslie E. Osborne, Jr.
By _____
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney


Leave of court is granted for the filing of the foregoing dismissal.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 2, 2008.



_____
David Alan Ezra
United States District Judge


United States of America v. Andy S.S. Yip
Cr. No. 02-00225 DAE
"Order for Dismissal"

2