HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 475 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877
E-Mail:
howardchang.crimtaxatty
     @hawaiiantel.net

Attorney for Defendant-Appellant
ANDY S.S. YIP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>          Plaintiff-              )<br>          Appellee,               )<br>                                    )<br>     vs.                           )<br>                                    )<br>ANDY S.S. YIP,          (01)       )<br>                                    )<br>          Defendant-              )<br>          Appellant.              )<br>_____) | CR. NO. CR02-00225 DAE<br><br>DEFENDANT-APPELLANT ANDY S.S.<br>YIP'S NOTICE OF APPEAL<br><br>TRIAL:      8/14/07 - 9/14/07<br>SENTENCING:    04/29/08<br>JUDGE:    THE HONORABLE<br>          DAVID A. EZRA |

DEFENDANT-APPELLANT ANDY S.S. YIP'S NOTICE OF APPEAL

Notice is hereby given that, pursuant to Fed. R. App. P.4(b), Defendant-Appellant Andy S.S. Yip hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final Judgment in a Criminal Case entered by the Honorable David A. Ezra, United States District Judge, in the above-entitled matter on the 9th day of May, 2008.

(CERTIFICATE OF SERVICE ATTACHED)

DATED: Honolulu, Hawaii, _____May 13, 2008_____.


_____
HOWARD T. CHANG
Attorney for Defendant-Appellant
ANDY S.S. YIP

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was duly served on the person(s) named below, in the manner described thereto, at their last known address on \_\_\_\_\_May 13, 2008\_\_\_\_\_:

|  | U.S. Mail | Hand Deliver |
|---|---|---|
| LESLIE E. OSBORNE, ESQ.<br>Asst. U.S. Attorney<br>6-100 PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850<br><br>Attorney for Plaintiff-Appellee<br>UNITED STATES OF AMERICA |  | X |

DATED: Honolulu, Hawaii, \_\_\_\_\_May 13, 2008\_\_\_\_\_.

_____
HOWARD T. CHANG
Attorney for Defendant-Appellant
ANDY S.S. YIP