# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 243554 |
|---|---|
| Trans | 151108 |

Received From: **HOWARD T. CHANG**

Case Number:

Reference Number: CR 02-225 DAE -01

|  |  |
|---|---|
| Check | 455.00 |
| Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |

|  |  |
|---|---|
| **Total** | **455.00** |
| Tend | 455.00 |
| Due | 0.00 |

05/13/2008 12:57:52 PM    Deputy Clerk: lg/LG