## CASE INFORMATION

COMPLETE TITLE:        U.S.A. vs Andy S.S. Yip

U.S.D.C CASE NO.       CR 02-00225DAE-01

U.S.D.C. JUDGE:        David Alan Ezra

INDICTMENT: filed 5/30/2002
FIRST SUPERSEDING INDICTMENT FILED: 4/02/2003
SECOND SUPERSEDING INDICTMENT FILED: 12/03/2003

APPEALED ORDER FILED:        May 9, 2008

NOTICE OF APPEAL FILED:        May 13, 2008

## COUNSEL INFORMATION

APPELLANT:                          APPELLEE:
HOWARD T. CHANG, ESQ.               LESLIE E. OSBORNE, JR.
PAUAHI TOWER                        OFFICE OF THE U.S. ATTORNEY
1001 BISHOP ST SUITE 475            PRINCE KUHIO FEDERAL BUILDING
HONOLULU, HI  96813                 300 ALA MOANA BLVD., SUITE 6100
                                    HONOLULU, HI   96850

APPOINTED BY: Attorney Retained

## DEFENDANT INFORMATION

ADDRESS:                            CUSTODY:              NO

                                    BAIL:                 Yes
F/P GRANTED:      N/A                                     $50K Unsecured Bond

NO OF DAYS OF TRIAL:   14           COUNSEL WAIVED:       __

                                    COURT REPORTER(S):    ESR (Tape); FTR;
                                    Barbara Acoba; Lisa Groulx; Cynthia Fazio

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### DOCKET FEE PAYMENT NOTIFICATION FORM

I.     **SHORT CASE TITLE:**     U.S.A. vs. ANDY S.S. YIP

       **U.S. COURT OF APPEALS DOCKET NUMBER**:_____

       **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

       **U.S. DISTRICT COURT DOCKET NUMBER:**    CR 02-00225DAE-01


II     **DATE NOTICE OF APPEAL FILED:**     05/13/08


III     **U.S. COURT OF APPEALS PAYMENT STATUS:** RETAINED ATTY; APPEAL PAID

       **DOCKET FEE PAID ON:**             **AMOUNT:**     $455.00

       **NOT PAID YET:**                   **BILLED:**

       **U.S. GOVERNMENT APPEAL:**       **FEE WAIVED**:

       **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

       **IF YES, SHOW DATE:**

       **WAS F.P. STATUS REVOKED**:       **DATE:**

       **WAS F.P. STATUS LIMITED IN SOME FASHION?**

       **IF YES, EXPLAIN:**


IV     **COMPANION CASES, IF ANY:**


V.     **COMPLETED IN THE U.S. DISTRICT COURT BY**:

       Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S.
       Court of Appeals Docket Fee.)

# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**Sue Beitia**
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

May 19, 2008

LESLIE E. OSBORNE, JR., AUSA
OFFICE OF THE U.S. ATTORNEY
300 ALA MOANA BLVD., STE. 6100
HONOLULU, HI 96850

IN RE:      U.S.A v. ANDY S.S. YIP
CR NO.      CR 02-00225DAE-01

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 05/13/08.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By      Laila M. Geronimo
Deputy

Enclosures

cc:      Clerk, 9th CCA w/copy of NA,
docket sheet, dfnf

with copy of instructions for criminal appeals
Transcript Desig. & Ordering Form
with instructions and a copy of the
docket sheet