ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-10235          U.S. District Court Case No. CR. No. 02-00225 DAE (01)

Short Case Title United States of America v. Andy S.S. Yip

Date Notice of Appeal Filed by Clerk of District Court May 13, 2008

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| See attachment | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

FILED IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 30 2008
at __ o'clock and 10 min __ P.M.
SUE BEITIA, CLERK

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered MAY 30 2008          Estimated date for completion of transcript _____

Print Name of Attorney Howard T. Chang          Phone Number 533-2877

Signature of Attorney _____

Address 1003 Bishop Street, Suite 475 Pauahi Tower, Honolulu, Hawaii 96813

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____          Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia                                    BY:
(U.S. District Court Clerk)   (date)          DEPUTY CLERK

| | Transcript Designation and Ordering Form | | |
|---|---|---|---|
| | USA v. Yip<br>Cr. No. 02-00225 DAE (01)<br>US Ct of App. Case No. 08-10235 | | |
| Date | Court Reporter | Proceeding | Transcripts already prepared |
| 12/13/02 | Tape 972 | Motion for Discovery & Inspection (23) | 01/29/03 (36a) |
| 09/21/06 | C6 11:14-11:18 | Motion for Bill of Particulars (147) | |
| 08/10/07 | C6 11:05-11:24 | Change of Plea Hearing (226) | 08/13/07 (229) |
| 08/15/07 | Cynthia Fazio | Jury Selection & Motions in Limine (248) | |
| 08/16/07 | Cynthia Fazio | Opening Statements & Trial (249) | Opening Statement 08/24/07 (251) |
| 08/21/07 | Cynthia Fazio | Trial (250) | |
| 08/28/07 | Cynthia Fazio | Trial & Motion in Limine (257) | Liburd Direct |
| 08/29/07 | Cynthia Fazio | Trial (258) | |
| 08/30/07 | Cynthia Fazio | Trial (259) | |
| 08/31/07 | Cynthia Fazio | Trial (262) | Dmitrovsky Direct & Cross (HL) |
| 09/05/07 | Cynthia Fazio | Trial (263) | Dmitrovsky Cross (HL cont'd) & (HTC) |
| 09/06/07 | Cynthia Fazio | Trial (265) | Mitsuyoshi |
| 09/07/07 | Cynthia Fazio | Trial (266) | |
| 09/11/07 | Cynthia Fazio | Trial & Jury Instructions (270) | |
| 09/12/07 | Cynthia Fazio | Jury Instructions & Closing Arguments (271) | (HL) Closing Argument |
| 09/13/07 | Cynthia Fazio | Jury Deliberations (282) | |
| 09/14/07 | Cynthia Fazio | Jury Deliberations & Verdict (283) | |
| 11/13/07 | Cynthia Fazio | Motion for Judgment Notwithstanding Verdict (298) | |
| 04/29/08 | Cynthia Fazio | Sentencing (319) | 05/11/08 (324) |