ORIGINAL

HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 475 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877
E-Mail:
howardchang.crimtaxatty
@hawaiiantel.net

Attorney for Defendant
ANDY S.S. YIP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 30 2008

at 1 o'clock and 10 min. P.M. g
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDY S.S. YIP, (01)<br><br>Defendant. | USCA NO. 08-10235<br>USDC CR. NO. CR02-00225DAE-01<br><br>CERTIFICATE OF SERVICE RE TRANSCRIPT DESIGNATION AND ORDERING FORM<br><br>TRIAL: 08/15/07<br>JUDGE: DAVID A. EZRA |

CERTIFICATE OF SERVICE RE
TRANSCRIPT DESIGNATION AND ORDERING FORM

The undersigned hereby certifies that a true and correct copy of the Transcript Designation and Order Form was duly served on the person(s) named below, in the manner described thereto, at their last known address on May 30, 2008:

| | U.S. Mail | Hand Deliver |
|---|---|---|
| LESLIE E. OSBORNE, ESQ.<br>Asst. U.S. Attorney<br>6-100 PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850 | | X |

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, May 30, 2008.

HOWARD T. CHANG
Attorney for Defendant
ANDY S.S. YIP