# Exhibit A

ORIGINAL

HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 475 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877
E-Mail:
howardchang.crimtaxatty
    @hawaiiantel.net

Attorney for Defendant-Appellant
ANDY S.S. YIP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 13 2008

at 12 o'clock and 55 min P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02-00225 DAE |
| Plaintiff-Appellee, ) | DEFENDANT-APPELLANT ANDY S.S. YIP'S NOTICE OF APPEAL |
| vs. ) | TRIAL: 8/14/07 - 9/14/07<br>SENTENCING: 04/29/08 |
| ANDY S.S. YIP, (01) ) | JUDGE: THE HONORABLE DAVID A. EZRA |
| Defendant-Appellant. ) | |

DEFENDANT-APPELLANT ANDY S.S. YIP'S NOTICE OF APPEAL

Notice is hereby given that, pursuant to Fed. R. App. P.4(b), Defendant-Appellant Andy S.S. Yip hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final Judgment in a Criminal Case entered by the Honorable David A. Ezra, United States District Judge, in the above-entitled matter on the 9th day of May, 2008.

(CERTIFICATE OF SERVICE ATTACHED)   Exhibit "A"

DATED: Honolulu, Hawaii, _____ May 13, 2008 _____.


_____
HOWARD T. CHANG
Attorney for Defendant-Appellant
ANDY S.S. YIP

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was duly served on the person(s) named below, in the manner described thereto, at their last known address on _____May 13, 2008_____:

|  | U.S. Mail | Hand Deliver |
|---|---|---|
| LESLIE E. OSBORNE, ESQ.<br>Asst. U.S. Attorney<br>6-100 PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850<br><br>Attorney for Plaintiff-Appellee<br>UNITED STATES OF AMERICA |  | X |

DATED: Honolulu, Hawaii, _____May 13, 2008_____.

_____
HOWARD T. CHANG
Attorney for Defendant-Appellant
ANDY S.S. YIP

Case 1:02-cr-00225-DAE   Document 333-4   Filed 06/03/2008   Page 5 of 6

Activity in Case 1:02-cr-00225-DAE USA v. Yip, et al Notice of App...

**Subject:** Activity in Case 1:02-cr-00225-DAE USA v. Yip, et al Notice of Appeal - Final Judgment
**From:** hid_resp@hid.uscourts.gov
**Date:** Tue, 13 May 2008 13:39:36 -1000
**To:** hawaii_cmecf@hid.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Hawaii - CM/ECF V3.2.1 (5/08)**

**Notice of Electronic Filing**

The following transaction was entered on 5/13/2008 at 1:39 PM HST and filed on 5/13/2008
**Case Name:**       USA v. Yip, et al
**Case Number:**     1:02-cr-225
**Filer:**           Dft No. 1 - Andy S.S. Yip
**Document Number:** 325

**Docket Text:**
**NOTICE OF APPEAL filed by (01) Andy S.S. Yip re [323] Judgment. Filing fee $455. (afc)**

**1:02-cr-225-1 Notice has been electronically mailed to:**

Howard K.K. Luke  howardkkluke@hawaii.rr.com

Leslie E. Osborne, Jr  les.osborne@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov, bonnie.holdman@usdoj.gov, cheri.abing@usdoj.gov

Howard T. Chang  howardchang.crimtaxatty@hawaiiantel.net

**1:02-cr-225-1 Notice will not be electronically mailed to:**

David M. Hayakawa
Law Office of Howard K K Luke
841 Bishop St Ste 2022
Honolulu, HI 96813

Case 1:02-cr-00225-DAE   Document 333-4   Filed 06/03/2008   Page 6 of 6

Activity in Case 1:02-cr-00225-DAE USA v. Yip et al Notice of App...

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=5/13/2008] [FileNumber=492390-0]
[c0aa39c6921dbb4b4b430bf2580807238da3c2d6d9cf6b767902c6fbdf48765f748c
ec81a139e5e472ea3d79f6ef3575953061697l0d664e7ae428ca161b11f0]]