# Exhibit B

# THIS DOCUMENT FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

DRAFT

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | PRESENTENCE INVESTIGATION REPORT |
| | ) | |
| ANDY S.S. YIP | ) | Criminal No. CR 02-00225DAE-01 |

**Prepared For:**   The Honorable David Alan Ezra
U.S. District Judge

**Prepared By:**   Mona L. Godinet
U.S. Probation Officer
Honolulu, Hawaii
(808) 541-1283

**Assistant U.S. Attorney**
Leslie E. Osborne, Jr.
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850
(808) 541-2850

**Defense Counsel**
Howard T. Chang (Retained)
1003 Bishop Street, Suite 475
Honolulu, Hawaii 96813
(808) 533-2877

**Sentence Date:**   3/17/2008

**Offense:**   Count 1: CONSPIRACY TO DEFRAUD THE UNITED STATES, a violation of 18 U.S.C. § 371, a Class D felony

Counts 4-7 and 9: FILING FALSE U.S. TAX RETURN, a violation of 26 U.S.C. § 7206(1), a Class E felony

Counts 10 and 11: FAILURE TO DISCLOSE RECORDS AND REPORTS ON FOREIGN FINANCIAL AGENCY TRANSACTIONS, a violation of 31 U.S.C. §§ 5314 and 5322(b), and 31 C.R.F. §§ 103.24 and 103.27(c) and (d), a Class C felony

**Maximum Penalty:**   Count 1: 5 years imprisonment/3 years supervised release/ $250,000 fine/$100 special assessment

**Date Report Prepared:** 1/29/2008       EXHIBIT "B"      

RECEIVED JAN 3 1 2008 HOWARD T. CHANG ATTORNEY AT LAW

or supervised release ordered. U.S.S.G. § 5E1.2(d)(7). The most recent Memorandum from the Administrative Office of the U.S. Courts dated 5/9/2007 suggests a monthly cost of $2,036.92 be used for imprisonment, a monthly cost of $1,799.04 be used for community corrections centers, and a yearly cost of $3,535.18 be used for supervision.

Restitution

100. **Statutory Provisions:** Pursuant to 18 U.S.C. § 3663, restitution may be ordered in this case. The IRS is requesting restitution of $1,758,835 for the additional taxes due and owing, and $2,063,153.94 in interest compounded until 3/17/2008. However, based on the tax loss of $733,302 for tax years 1995 through 1998, which was determined during the criminal investigation, in addition to the cost of prosecution of $24,463.86, restitution in the amount of $757,765.86 is outstanding and payment is owed to the Internal Revenue Service.

101. **Advisory Guideline Provisions:** In accordance with the provisions of U.S.S.G. § 5E1.1, restitution shall be ordered.

## PART E. FACTORS THAT MAY WARRANT A SENTENCE OUTSIDE THE ADVISORY GUIDELINE RANGE

102. Pursuant to 18 U.S.C. § 3553(a), the Court shall consider the enumerated seven factors in imposing a sentence that sufficiently complies with the sentencing goals set forth in 18 U.S.C. § 3553(a)(2).

103. There do not appear to be any aggravating or mitigating factors regarding the offense or the defendant which would warrant a departure from the applicable guideline range.

## PART F. NOTICE OF ADDITIONAL CONDITIONS FOR SUPERVISION THAT MAY WARRANT CONSIDERATION

104. That the defendant cooperate and comply with the requirements of the Internal Revenue Service (IRS), including the filing of all past-due tax returns and the payment of delinquent taxes.