# Exhibit D



## U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*  
*300 Ala Moana Blvd., Room 6-100*  
*Honolulu, Hawaii 96850*

*(808) 541-2850*  
*FAX (808) 541-2958*

March 21, 2008

Howard T. Chang, Esq.
Pauahi Tower, Suite 475
1003 Bishop Street
Honolulu, Hawaii 96813

    Re:  United States v. Any S.S. Yip
          Crim. No. 02-00225 DAE

Dear Mr. Chang:

    The W-3 information you are requesting is all work product and will not be provided.

                             Very truly yours,

                             LESLIE E. OSBORNE, JR.
                             Assistant U.S. Attorney



**EXHIBIT** _D_